| | |
|---|---|
| 1 | Peter J. Anderson, Esq., Cal. Bar No. 88891<br>E-Mail: pja@pjanderson.com |
| 2 | LAW OFFICES OF PETER J. ANDERSON<br>A Professional Corporation |
| 3 | 100 Wilshire Boulevard, Suite 2010<br>Santa Monica, CA 90401 |
| 4 | Tel: (310) 260-6030<br>Fax: (310) 260-6040 |
| 5 | |
| 6 | Attorney for Defendants<br>TAYLOR SWIFT, KARL MARTIN SANDBERG, |
| 7 | KARL JOHAN SCHUSTER, SONY/ATV MUSIC<br>PUBLISHING LLC, KOBALT MUSIC |
| 8 | PUBLISHING AMERICA INC.,<br>BIG MACHINE LABEL GROUP, LLC and |
| 9 | UNIVERSAL MUSIC GROUP, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SEAN HALL d.b.a. GIMME SOME HOT SAUCE MUSIC, an individual, and NATHAN BUTLER d.b.a. FAITH FORCE MUSIC, an individual,<br><br>      Plaintiffs,<br><br>      vs.<br><br>TAYLOR SWIFT, an individual, KARL MARTIN SANDBERG, an individual, KARL JOHAN SCHUSTER, an individual, SONY/ATV MUSIC PUBLISHING, LLC a limited liability company, KOBALT MUSIC PUBLISHING AMERICA INC. a Delaware Corporation, BIG MACHINE LABEL GROUP, LLC, a limited liability company, UNIVERSAL MUSIC GROUP, INC., a California Corporation, and DOES 1-5,<br><br>      Defendants. | Case No. 2:17−cv−06882 MWF (ASx)<br><br>DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE<br><br>[Fed. R. Civ. P. 12(b)(6) & 12(f)]<br><br>Date: February 5, 2018<br>Time: 10:00 a.m.<br><br>Courtroom of the Honorable<br>Michael W. Fitzgerald<br>United States District Judge |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 5, 2018, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled Court located at 350 West 1st Street, Los Angeles, California, defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC and Universal Music Group, Inc., will move the above-entitled Court, the Honorable Michael W. Fitzgerald, United States District Judge presiding, for an Order dismissing plaintiffs Sean Hall and Nathan Butler's Complaint and its sole claim for alleged copyright infringement and for an Order striking the allegations of plaintiffs' Complaint of an industry custom and practice of obtaining licenses for uses such as those alleged by plaintiffs.

This Motion to dismiss is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) and on the grounds that plaintiffs' claim for alleged infringement of a copyright in a 2001 musical composition by allegedly copying the phrase "playas, they gonna play, and haters, they gonna hate," and the version of that phrase, "The playas gon' play / Them haters gonna hate," fails to state a claim for the copying of protected expression because:

(1) copyright does not protect short phrases such as those plaintiffs allege were copied;

(2) the unprotected ideas underlying the allegedly copied words merge with those words, rendering them unprotectable too; and

(3) plaintiffs' alleged decision to combine two public domain elements – players playing and haters hating – is not copyrightable and, in addition, plaintiffs' and defendants' alleged uses of these public domain elements are different in multiple respects and, as a result, are not virtually identical.

///

1

This Motion to strike is brought pursuant to Federal Rule of Civil Procedure 12(f) and on the grounds that the Complaint's allegations at pages 7-8, paragraphs 31-34, of an alleged industry custom and practice of obtaining licenses, are immaterial and/or impertinent, and striking the allegations will avoid unnecessary time, effort and expense of discovery and other proceedings as to the allegations.

These Motions are based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration, Notice of Lodging and Request for Judicial Notice, the pleadings and papers on file in this action, the matters of which this Court may take judicial notice, and such additional matters and oral argument as may be offered in support of the Motions.

These Motions are made following the conference of counsel pursuant to L.R. 7-3, which took place on December 13, 2017.

Dated: January 3, 2018

/s/ Peter J. Anderson
Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
TAYLOR SWIFT,
KARL MARTIN SANDBERG,
KARL JOHAN SCHUSTER, SONY/ATV MUSIC PUBLISHING LLC, KOBALT MUSIC PUBLISHING AMERICA INC.,
BIG MACHINE LABEL GROUP, LLC and UNIVERSAL MUSIC GROUP, INC.