1  Peter J. Anderson, Esq., Cal. Bar No. 88891
   E-Mail: pja@pjanderson.com
2  LAW OFFICES OF PETER J. ANDERSON
   A Professional Corporation
3  100 Wilshire Boulevard, Suite 2010
   Santa Monica, CA 90401
4  Tel: (310) 260-6030
   Fax: (310) 260-6040
5
   Attorney for Defendants
6  TAYLOR SWIFT, KARL MARTIN SANDBERG,
   KARL JOHAN SCHUSTER, SONY/ATV MUSIC
7  PUBLISHING LLC, KOBALT MUSIC
   PUBLISHING AMERICA INC.,
8  BIG MACHINE LABEL GROUP, LLC and
   UNIVERSAL MUSIC GROUP, INC.
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                    **WESTERN DIVISION**

13  SEAN HALL d.b.a. GIMME SOME          ) Case No. 2:17−cv−06882 MWF (ASx)
    HOT SAUCE MUSIC, an individual,      )
14  and NATHAN BUTLER d.b.a. FAITH       )
    FORCE MUSIC, an individual,          ) DECLARATION OF PETER J.
15                                       ) ANDERSON IN SUPPORT OF
                 Plaintiffs,             ) DEFENDANTS' MOTION TO
16                                       ) DISMISS FOR FAILURE TO
           vs.                           ) STATE A CLAIM
17                                       )
    TAYLOR SWIFT, an individual, KARL    )
18  MARTIN SANDBERG, an individual,      ) [Fed. R. Civ. P. 12(b)(6)]
    KARL JOHAN SCHUSTER, an              )
19  individual, SONY/ATV MUSIC           )
    PUBLISHING, LLC a limited liability  ) Date: February 5, 2018
20  company, KOBALT MUSIC                ) Time: 10:00 a.m.
    PUBLISHING AMERICA INC. a            )
21  Delaware Corporation, BIG MACHINE    )   Courtroom of the Honorable
    LABEL GROUP, LLC, a limited          )     Michael W. Fitzgerald
22  liability company, UNIVERSAL         )    United States District Judge
    MUSIC GROUP, INC., a California      )
23  Corporation, and DOES 1-5,           )
                                         )
24               Defendants.             )
                                         )
25  _____)

26

27

28

# DECLARATION OF PETER J. ANDERSON

I, Peter J. Anderson, declare and state:

1. I am an attorney admitted to practice before this Court and all Courts of the State of California. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I represent defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC and Universal Music Group, Inc., in this action. This Declaration is submitted in support of their Motion to Dismiss plaintiffs' copyright infringement claim for failure to state a claim.

## The Works Identified in Plaintiffs' Complaint

3. In their Complaint (Doc. 1), plaintiffs allege that they authored the musical composition titled *Playas Gon' Play* recorded by the musical group 3LW. For example, plaintiffs allege at page four of their Complaint that:

> "15. In 2001, Plaintiffs Hall and Butler co-authored the song entitled '*Playas Gon' Play*'. '*Playas Gon' Play*' was recorded by the girl group 3LW and released to the public in May 2001."

4. Submitted with this Declaration is a CD containing as Exhibit 1 a true and correct sound recording of the sound recording *Playas Gon' Play* by the musical group 3LW identified in plaintiffs' Complaint.

5. Attached to this Declaration as Exhibit 2 is a true and correct copy of the lyrics of *Playas Gon' Play* that I obtained from the Google Play Music Internet website, https://play.google.com/music/preview/Tbpru3lixcooycl5slribeqa7qy?lyrics=1&utm_source=google&utm_medium=search&utm_campaign=lyrics&pcampaignid=kp-lyrics. I have compared the lyrics in the sound recording *Playas Gon' Play* and the lyrics attached as Exhibit 2 and believe Exhibit 2 is accurate in all material respects.

1

6. In their Complaint, plaintiffs also allege that the copyright they claim in the *Playas Gon' Play* musical composition is infringed by the musical composition and sound recording titled *Shake It Off*. For example, plaintiffs allege at page four of their Complaint that:

> "26. In 2014, Defendants Swift, Sandberg, and Schuster co-authored the musical composition entitled '*Shake it Off*'. The composition was recorded and performed by Defendant Swift and was released to the general public in August 2014.
>
> "27. '*Shake it Off*' copies and includes Plaintiffs' lyrical phrase 'Playas, they gonna play / And haters, they gonna hate' by featuring the lyrical phrase 'Cause the players gonna play, play, play, play, play and the haters gonna hate, hate, hate, hate, hate' prominently throughout the chorus of '*Shake it Off*'. In all, the infringed copyrighted material accounts for roughly 20% of '*Shake if Off*'."

7. The CD submitted with this Declaration contains as Exhibit 3 a true and correct sound recording of *Shake It Off*, featuring Ms. Taylor, referenced in plaintiffs' Complaint.

8. Attached to this Declaration as Exhibit 4 is a true and correct copy of the lyrics of *Shake It Off* from the digital booklet – the digital equivalent of physical album's liner notes – for the album *1989*, on which *Shake It Off* appears. I have compared the lyrics in the sound recording *Shake It Off* and the lyrics attached as Exhibit 4 and believe they are the same.

**The Works Defendants Request the Court Judicially Notice**

9. In support of defendants' request for judicial notice that the song *Dreams* by Fleetwood Mac (1977) includes the lyrics "Players only love you when they're playing":

> (a) The CD submitted with this Declaration contains as Exhibit 5 a true and correct sound recording of *Dreams* by Fleetwood

2

1 Mac, which I purchased from iTunes;

2 (b) Attached to this Declaration as Exhibit 6 is a true and correct copy of the results of the search I conducted of the United States Copyright Office's searchable Internet database, http://cocatalog.loc.gov, for the musical composition *Dreams* by Stevie Nicks and which state that the copyright in *Dreams* was originally registered with the Copyright Office on February 10, 1977 and renewed on December 14, 2005; and

9 (c) Attached to this Declaration as Exhibit 7 is a true and correct copy of the lyrics of *Dreams* that I copied and pasted from Google.com, marked to show the relevant lyrics. I have compared the lyrics in the sound recording *Dreams* and the lyrics attached as Exhibit 7 and believe they are the same.

14 10. In support of defendants' request for judicial notice that "Player" was the name of a 1970s musical group, attached to this Declaration as Exhibit 8 is a true and correct copy of the results of the search I conducted on the Internet music database, www.allmusic.com, for the musical group Player, and which state that the musical group Player was formed in 1977.

19 11. In support of defendants' request for judicial notice that "Playa" was the name of a 1990s R&B and hip hop musical group, attached to this Declaration as Exhibit 9 is a true and correct copy of the results of the search I conducted on the Internet music database, www.allmusic.com, for the musical group Playa, and which state that the R&B musical group Playa was formed in the 1990s.

24 12. In support of defendants' request for judicial notice that *The Player* is the title of a 1992 motion picture based on a 1988 novel titled *The Player*:

26 (a) Attached to this Declaration as Exhibit 10 is a true and correct copy of the results of the search I conducted of the Copyright Office's searchable Internet database, for the motion picture *The Player*

3

1 and which states that the copyright in that motion picture was registered
2 with the Copyright Office on September 4, 1992 and the motion picture
3 was created and first published in 1992.

4     (b) Attached to this Declaration as Exhibit 11 is a true and
5 correct copy of the results of the search I conducted of the Copyright
6 Office's searchable Internet database, for the novel *The Player* by
7 Michael Tolkin and which states that the copyright in that novel was
8 registered with the Copyright Office on August 26, 1988 and the novel
9 was created in 1987 and first published in 1988.

10   13. In support of defendants' request for judicial notice that the song
11 *Psychobetabuckdown* by Cypress Hill (1991) includes the lyrics "You're looking at
12 the Tribe, and you're a hater":

13     (a) The CD submitted with this Declaration contains as
14 Exhibit 12 a true and correct sound recording of *Psychobetabuckdown*
15 by Cypress Hill, which I purchased from iTunes;

16     (b) Attached to this Declaration as Exhibit 13 is a true and
17 correct copy of the results of the search I conducted of the Copyright
18 Office's searchable Internet database, for the sound recording
19 *Psychobetabuckdown* by Cypress Hill and which states that the
20 copyright in the album *Cypress Hill* was registered with the Copyright
21 Office on September 12, 1991, the album was created and first
22 published in 1991 and the album includes the sound recording
23 *Psychobetabuckdown*; and

24     (c) Attached to this Declaration as Exhibit 14 is a true and
25 correct copy of the lyrics of *Psychobetabuckdown* that I obtained from
26 the Google Play Music Internet website,
27 https://play.google.com/music/preview/Todh3rqevp6emwvvh6iaud6k4e
28 y?lyrics=1&utm_source=google&utm_medium=search&utm_campaign

4

=lyrics&pcampaignid=kp-lyrics. I have compared the lyrics in the sound recording *Playa Hata* and the lyrics attached as Exhibit 14 and believe they are the same.

14. In support of defendants' request for judicial notice that *Player's Ball* is the title of a 1993 Outkast song:

(a) Attached to this Declaration as Exhibit 15 is a true and correct copy of the results of the search I conducted on the Internet music database, www.allmusic.com, for the recorded composition *Player's Ball* by the music group Outkast, and which state that Player's Ball appears on the album *A LaFace Family Christmas* released in 1993 and also on Outkast's debut album released in 1994; and

(b) Attached to this Declaration as Exhibit 16 is a true and correct copy of the results of the search I conducted of the Copyright Office's searchable Internet database, for *Player's Ball* and which states that the copyright in the music video of *Player's Ball* performed by Outkast was created and first published in 1993.

15. In support of defendants' request for judicial notice that *Playa Playa* is the title of a 1994 Big Mike song, attached to this Declaration as Exhibit 17 is a true and correct copy of the results of the search I conducted of the Copyright Office's searchable Internet database, for the sound recording *Playa Playa* by Big Mike and which states that the copyright in that sound recording was registered with the Copyright Office on October 11, 1994 and the sound recording was created and first published in 1994.

16. In support of defendants' request for judicial notice that *Playa Hata* is the title of a 1995 song by Luniz and includes the lyrics "So playa hataz hate me," "Why you wanna playa hate on me?" and "Why you playa hate?":

(a) The CD submitted with this Declaration contains as Exhibit 18 a true and correct sound recording of *Playa Hata* by Luniz,

5

which I purchased from iTunes;

    (b)   Attached to this Declaration as Exhibit 19 is a true and correct copy of the results of the search I conducted of the Copyright Office's searchable Internet database, for the sound recording *Playa Hata* by Luniz and which states that the copyright in that sound recording was registered with the Copyright Office on December 27, 1995 and the sound recording was created and first published in 1995; and

    (c)   Attached to this Declaration as Exhibit 20 is a true and correct copy of the lyrics of *Playa Hata* by Luniz that I obtained from the Google Play Music Internet website, https://play.google.com/music/preview/Tomg2zap54ylby2nvete3lgi3em?lyrics=1&utm_source=google&utm_medium=search&utm_campaign=lyrics&pcampaignid=kp-lyrics, marked to show the relevant lyrics. I have compared the lyrics in the sound recording *Playa Hata* and the lyrics attached as Exhibit 20 and believe they are the same except that the chorus – marked on that Exhibit – is repeated one additional time in the sound recording *Playa Hata*.

17. In support of defendants' request for judicial notice that the song *Man U Luv ta Hate* by Sir Mix-A-Lot (1996) includes the lyrics "If you want to playa hate," "Playa's in the house can you feel me, Got these playa haters lookin' at me silly," "Cause with these haters you gotta keep your strap," "Boy get a job and quit player hatin'":

    (a)   The CD submitted with this Declaration contains as Exhibit 21 a true and correct sound recording of *Man U Luv ta Hate* by Sir Mix-A-Lot, which I purchased from iTunes;

    (b)   Attached to this Declaration as Exhibit 22 is a true and correct copy of the results of the search I conducted of the Copyright

Office's searchable Internet database, for the sound recording *Man U Luv ta Hate* by Sir Mix-A-Lot and which states that the copyright in the album *Return of the Bumpasauras* by Sir Mix-A-Lot was registered with the Copyright Office on September 17, 1996, the album was created and first published in 1996 and album includes the sound recording *Man U Luv ta Hate*; and

    (c)    Attached to this Declaration as Exhibit 23 is a true and correct copy of the lyrics of *Man U Luv ta Hate* that I obtained from the Google Play Music Internet website, https://play.google.com/music/preview/Ts52tynvdqsdaq2ecmute5o7h7u?lyrics=1&utm_source=google&utm_medium=search&utm_campaign=lyrics&pcampaignid=kp-lyrics, marked to show the relevant lyrics. I have compared the lyrics in the sound recording *Man U Luv ta Hate* and the lyrics attached as Exhibit 23 and believe they are the same except that the chorus, including the lyrics "If you want to playa hate" – is repeated additional times in the sound recording *Man U Luv ta Hate*.

18.    In support of defendants' request for judicial notice that *Playa Hater* is the title of a 1997 song by Notorious B.I.G. and includes the lyrics "Playa, turn your head round" and "We have, the playas, and we have, the playa haters":

    (a)    The CD submitted with this Declaration contains as Exhibit 24 a true and correct sound recording of *Playa Hater* by Notorious B.I.G., which I purchased from iTunes;

    (b)    Attached to this Declaration as Exhibit 25 is a true and correct copy of the results of the search I conducted of the Copyright Office's searchable Internet database, for the sound recording *Playa Hater* by Notorious B.I.G. and which states that the copyright in the album *Life After Death* by Notorious B.I.G. was registered with the Copyright Office on May 2, 1997, the album was created and first

7

1 | published in 1997 and album includes the sound recording *Player
2 | Hater*; and

3 |     (c)    Attached to this Declaration as Exhibit 26 is a true and
4 | correct copy of the lyrics of *Playa Hater* by Notorious B.I.G. that I
5 | copied and pasted from Google.com, marked to show the relevant
6 | lyrics. I have compared the lyrics in the sound recording *Playa Hater*
7 | and the lyrics attached as Exhibit 26 and believe they are the same.

8 |     19.    In support of defendants' request for judicial notice that *Hater Players*
9 | is the title of a 1998 song by Black Star and includes the lyrics "I'm sick of the
10 | hater-players" and "Aiyyo, later for the hater-players/Yo-yo, yo-yo, later for these
11 | hater-players":

12 |     (a)    The CD submitted with this Declaration contains as
13 | Exhibit 27 a true and correct sound recording of *Hater Players* by
14 | Black Star, which I downloaded from youtube.com;

15 |     (b)    Attached to this Declaration as Exhibit 28 is a true and
16 | correct copy of the results of the search I conducted of the Copyright
17 | Office's searchable Internet database, for the sound recording *Hater
18 | Players* by Black Star and which states that the copyright in the musical
19 | composition *Hater Players* by Black Star was registered with the
20 | Copyright Office on February 13, 2003 and *Hater Players* was created
21 | and first published in 1998; and

22 |     (c)    Attached to this Declaration as Exhibit 29 is a true and
23 | correct copy of the lyrics of *Hater Players* that I copied and pasted from
24 | Google.com, marked to show the relevant lyrics. I have compared the
25 | lyrics in the sound recording *Hater Players* and the lyrics attached as
26 | Exhibit 29 and while there are differences, the marked lyrics do appear
27 | in the sound recording *Hater Players*.

28

8

20. In support of defendants' request for judicial notice that *Don't Hate the Player* is the title of a 1999 song by Ice-T and includes the lyrics "Bunch of players listenin' to the seventh deadly sin," "Ice-T baby, this goes out to all you haters out there" and "Don't hate the player":

    (a) The CD submitted with this Declaration contains as Exhibit 30 a true and correct sound recording of *Don't Hate the Player* by Ice T, which I downloaded from youtube.com;

    (b) Attached to this Declaration as Exhibit 31 is a true and correct copy of the results of the search I conducted on the Internet music database, www.allmusic.com, for the recorded composition *Don't Hate the Player* by Ice T, and which state that *Don't Hate the Player* appears on the Ice T album *Seventh Deadly Sin* released in 1999; and

    (c) Attached to this Declaration as Exhibit 32 is a true and correct copy of the lyrics of *Don't Hate the Player* by Ice T that I copied and pasted from https://www.azlyrics.com/lyrics/icet/donthatetheplaya.html, marked to show the relevant lyrics. I have compared the lyrics in the sound recording *Don't Hate the Player* by Ice T and the lyrics attached as Exhibit 32 and believe they are the same.

21. In support of defendants' request for judicial notice that *Don't Hate the Player* is the title of a 2000 song by Too Short and includes the lyrics "Don't hate the player," "If you never was a player, I can't hate you," "You never was a player, we can't hate you," "You think someone player hated":

    (a) The CD submitted with this Declaration contains as Exhibit 33 a true and correct sound recording of *Don't Hate the Player* by Too Short, which I downloaded from iTunes;

9

1       (b)   Attached to this Declaration as Exhibit 34 is a true and correct copy of the results of the search I conducted of the Copyright Office's searchable Internet database, for the sound recording *Don't Hate the Player* by Too Short and which states that the copyright in the musical composition *Don't Hate the Player* by Too Short was registered with the Copyright Office on January 1, 2017 and *Don't Hate the Player* was created and first published in 2000; and

      (c)   Attached to this Declaration as Exhibit 35 is a true and correct copy of the lyrics of *Don't Hate the Player* by Too Short that I obtained from the Google Play Music Internet website, https://play.google.com/music/preview/Tx64c5lhz5mhwpovyjlx4ya6vhi?lyrics=1&utm_source=google&utm_medium=search&utm_campaign=lyrics&pcampaignid=kp-lyrics, marked to show the relevant lyrics. I have compared the lyrics in the sound recording *Don't Hate the Player* by Too Short and the lyrics attached as Exhibit 35 and believe they are the same.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2018.

                                                /s/ Peter J. Anderson
                                                PETER J. ANDERSON