UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-6882-MWF(ASx)**                              Dated: **February 12, 2018**

Title:      Sean Hall -*v*- Taylor Swift, et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

            Rita Sanchez                        Amy Diaz
            Courtroom Deputy                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

            Lauren M. Greene                     Peter J. Anderson

**PROCEEDINGS:**      **MOTION TO DISMISS [20]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

-1-

Initials of Deputy Clerk  rs
:12 min