**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SEAN HALL d.b.a. GIMME SOME HOT SAUCE MUSIC, an individual, and NATHAN BUTLER d.b.a. FAITH FORCE MUSIC, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR SWIFT, an individual, KARL MARTIN SANDBERG, an individual, KARL JOHAN SCHUSTER, an individual, SONY/ATV MUSIC PUBLISHING, LLC a limited liability company, KOBALT MUSIC PUBLISHING AMERICA INC. a Delaware Corporation, BIG MACHINE LABEL GROUP, LLC, a limited liability company, UNIVERSAL MUSIC GROUP, INC., a California Corporation, and DOES 1-5,<br><br>Defendants. | Case No. 2:17−cv−06882 MWF (ASx)<br><br>[*PROPOSED*] JUDGMENT |

# JUDGMENT

The Court having granted on February 13, 2018, the Motion of defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC and Universal Music Group, Inc., to dismiss plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and plaintiffs Sean Hall, d.b.a. Gimme Some Hot Sauce Music, and Nathan Butler, d.b.a. Faith Force Music, having elected not to file an amended complaint,

**IT IS ORDERED AND ADJUDGED** that plaintiffs Sean Hall, d.b.a. Gimme Some Hot Sauce Music, and Nathan Butler, d.b.a. Faith Force Music, take nothing, that the action be dismissed on the merits, and that defendants recover their costs from plaintiffs.

Dated: _____

The Hon. Michael W. Fitzgerald
United States District Judge

*Submitted by:*

Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorney for Defendants
TAYLOR SWIFT, KARL MARTIN SANDBERG, KARL JOHAN SCHUSTER, SONY/ATV MUSIC PUBLISHING LLC, KOBALT MUSIC PUBLISHING AMERICA INC., BIG MACHINE LABEL GROUP, LLC and UNIVERSAL MUSIC GROUP, INC.