JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HALL d.b.a. GIMME SOME HOT SAUCE MUSIC, an individual, and NATHAN BUTLER d.b.a. FAITH FORCE MUSIC, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR SWIFT, an individual, KARL MARTIN SANDBERG, an individual, KARL JOHAN SCHUSTER, an individual, SONY/ATV MUSIC PUBLISHING, LLC, a limited liability company, KOBALT MUSIC PUBLISHING AMERICA INC., a Delaware Corporation, BIG MACHINE LABEL GROUP, LLC, a limited liability company, UNIVERSAL MUSIC GROUP, INC., a California Corporation, and DOES 1-5,<br><br>Defendants. | Case No. CV-17-6882-MWF (ASx)<br><br>**JUDGMENT UPON DISMISSAL WITH PREJUDICE** |

The Court granted Defendants' motion to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) with leave to amend. Plaintiffs elected not to file an amended complaint. Now, therefore, pursuant to Rules 54(a) and 58(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Defendants and against Plaintiffs, that the action be dismissed with prejudice, and that Plaintiffs take nothing by way of their Complaint.

Defendants are awarded their costs as provided by law.

Dated: March 2, 2018.

_____
MICHAEL W. FITZGERALD
United States District Judge