1 | Peter Anderson, Esq. (Cal. Bar No. 88891)
    peteranderson@dwt.com
2 | Arleen Fernandez, Esq. (Cal. Bar No. 318205)
    arleenfernandez@dwt.com
3 | DAVIS WRIGHT TREMAINE LLP
4 | 865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
5 | Fax: (213) 633-6899

6 | Attorney for Defendants
TAYLOR SWIFT, KARL MARTIN SANDBERG,
7 | KARL JOHAN SCHUSTER, SONY/ATV MUSIC
PUBLISHING LLC, KOBALT MUSIC
8 | PUBLISHING AMERICA INC.,
BIG MACHINE LABEL GROUP, LLC and
9 | UNIVERSAL MUSIC GROUP, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SEAN HALL, *etc., et al.*, | Case No. 2:17−cv−06882 MWF (ASx) |
| Plaintiffs, | |
| vs. | STIPULATION TO ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT |
| TAYLOR SWIFT, *etc., et al.*, | |
| Defendants. | ([*Proposed*] Order Submitted Herewith) |

## STIPULATION

Plaintiffs Sean Hall and Nathan Butler, on the one hand ("Plaintiffs"), and defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc., on the other hand ("Defendants"), by and through their respective attorneys of record, enter into this Stipulation with respect to the following facts:

1. In their Complaint, Plaintiffs assert a claim for copyright infringement.

2. The parties previously stipulated (Doc. 86) to early expert discovery as to the copyright infringement extrinsic test, with an eye to the possibility of an early motion for judgment. The Court entered its Order (Doc. 87) for that early expert discovery, which has now been completed.

3. Defendants' counsel have advised Plaintiffs' counsel that Defendants intend to file an early motion for summary judgment as to the copyright infringement extrinsic test. Counsel have met and conferred pursuant to Local Rule 7-3 regarding that motion and, unable to resolve the issues, have agreed to the following briefing schedule for that motion:

    (a) Defendants shall file and serve their early motion for summary judgment by July 19, 2021, noticing it for hearing on August 30, 2021;

    (b) Plaintiffs shall file and serve their opposition to that motion by August 4, 2021; and

    (c) Defendants shall file and serve their reply to that motion by August 16, 2021.

///
///
///
///

**NOW, THEREFORE,** the parties respectfully request that the Court enter the accompanying proposed Order setting the briefing schedule for Defendants' motion for summary judgment as to the copyright infringement extrinsic test.

### SO STIPULATED

Dated: July 16, 2021   /s/ Lauren M. Greene
Gerard P. Fox, Esq.
Marina V. Bogorad, Esq.
Lauren M. Greene, Esq.
GERARD FOX LAW P.C.
Attorneys for Plaintiffs
SEAN HALL and NATHAN BUTLER

Dated: July 16, 2021   /s/ Peter Anderson
Peter Anderson, Esq.
Arleen Fernandez, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
TAYLOR SWIFT,
KARL MARTIN SANDBERG,
KARL JOHAN SCHUSTER,
SONY/ATV MUSIC PUBLISHING LLC, KOBALT MUSIC PUBLISHING AMERICA INC., BIG MACHINE LABEL GROUP, LLC and
UNIVERSAL MUSIC GROUP, INC.

### Attestation Regarding Signatures

The undersigned attests that all signatories listed and on whose behalf this filing is submitted concur in this filing's content and have authorized its filing.

Dated: July 16, 2021   /s/ Peter Anderson
Peter Anderson, Esq.