# EXHIBIT – 1 –

**LOREN YUKIO KAJIKAWA** **AUGUST 2021**
The George Washington University
Corcoran School of the Arts & Design • Music Program
801 22nd Street NW • Phillips Hall, B-139
Washington, DC • 20052
(202) 994-6245 phone / (202) 994-9038 fax / (323) 240-9812 cell
kajikawa@gwu.edu

## Employment

Program Head, Music, George Washington University, 2021-2024
Deputy Program Head, Music, George Washington University, 2020-2021
Associate Professor, Musicology, George Washington University, 2018-
  Affiliated Faculty, GW Department of American Studies
Visiting Associate Professor, Harvard University, Fall 2020
Associate Professor, Ethnomusicology and Musicology, University of Oregon, 2015-2018
  Participating Faculty, UO Department of Ethnic Studies, 2009-2018
  Core Faculty, UO Folklore Program, 2009-2018
Assistant Professor, Ethnomusicology and Musicology, University of Oregon, 2009-2015
Adjunct Faculty, Department of Music, University of Southern California, 2008-2009
Adjunct Faculty, Department of Music, Loyola Marymount University, 2007-2008
Teaching Fellow, Department of Music History, UCLA, 2002-2009

## Education

Doctor of Philosophy (Musicology), University of California at Los Angeles, 2009
  Dissertation: "Centering the Margins: Black Music and American Culture in the 1990s"
  Committee: Robert Walser (chair), Robert Fink, Susan McClary, and George Lipsitz
Master of Arts (Musicology), University of California at Los Angeles, 2003
Bachelor of Arts (Ethnic Studies), University of California at Berkeley, 1999

## Awards

University Facilitating Fund (UFF), George Washington University, 2021 ($18,000)
University Seminars Funding Program, George Washington University, 2019-2020 ($2000)
University Facilitating Fund (UFF), George Washington University, 2019 ($24,347)
CoDaC Faculty in Residence, University of Oregon, 2016 ($8,000)
CAS General Education Renaissance, University of Oregon, 2014-2015 ($5,000)
RIGE Faculty Research Reward, University of Oregon, 2014 ($5,500)
SONY Scholars Award, University of Oregon, 2011-2012 ($2,200)

Music and Politics OIED Grant, University of Oregon, 2011 ($12,000)

Oregon Humanities Center Research Grant, University of Oregon, 2011-2012 ($8,000)

Global Scholars Grant for Research in Japan, University of Oregon, 2010 ($3,500)

New Junior Faculty Award, University of Oregon, 2009-2010 ($7,500)

Mark Tucker Award for Best Graduate Student Paper, Society for American Music, 2008

UCLA Digital Humanities Fellowship, 2007-2008 ($18,000)

Research Mentorship Fellowship, UCLA, 2005-2006 ($17,000)

UCLA Institute of American Cultures Research Grant, 2004-2005 ($2,500)

Foreign Language Acquisition Scholarship (FLAS), 2003-2004 ($14,000)

Herbert and Helen Kawahara Fellowship, 2003 ($7,500)

Summer Research Mentorship Fellowship, UCLA, Summer 2002 ($3,000)

Haas Scholars Research Fellowship, UC Berkeley, 1999-2000 ($3,500 stipend/$3,000 research budget: "AsianImprov: Defining Identity and Social Reality Through Music")

## Publications

### Books

*Sounding Race in Rap Songs* (Oakland: University of California Press, 2015)
Reviewed in *Global Hip Hop Studies,* 1/1 (2020); *Journal of the Society for American Music,* 11/3 (August 2017); *Current Musicology,* 99/100 (Spring/Fall 2016); *Journal of Popular Music Studies,* 28/4 (December 2016); *American Studies,* 55/2 (2016); *Popular Music,* 35/1 (January 2016); *Iperstoria: Testi Letterature Linguaggi*, 6 (Fall 2015)

### Chapters in Books (Peer-Reviewed)

"Pedagogies of Music, Politics, and Race in U.S. Music Studies," co-authored with Daniel Martinez HoSang in *Sounding Together: Collaborative Perspectives on U.S. Music in the 21st Century*, ed. Charles Hiroshi Garrett and Carol Oja (University of Michigan Press, 2021)

"The Possessive Investment in Classical Music: Confronting Legacies of White Supremacy in U.S. Schools and Departments of Music," *Seeing Race Again: Countering Colorblindness Across the Disciplines*, edited by Kimberlé Crenshaw, Luke Harris, Daniel Martinez HoSang, and George Lipsitz (Oakland: University of California Press, 2019)

"'Bringin' '88 Back': Historicizing Rap Music's Greatest Year," *Cambridge Companion to Hip-Hop Studies,* edited by Justin Williams (Cambridge: Cambridge University Press, 2015)

"The Sound of Struggle: Black Nationalism and Asian American Jazz in the 1980s," *Jazz/Not Jazz: The Music and its Boundaries,* edited by David Ake, Charles Hiroshi Garrett, and Daniel Goldmark (Berkeley: University of California Press, 2012)

### Articles in Journals (Peer-Reviewed)

"Leaders of the New School? Music Departments, Hip Hop, and the Challenge of Significant Difference," *Twentieth Century Music,* 18, no. 1 (February 2021): 45-64.

"'Young, Scrappy, and Hungry': *Hamilton*, Hip Hop, and Race," *American Music,* 36, no. 4 (Winter 2018): 467-486.

"Hip-Hop History in the Age of Colorblindness," *Journal of Music History Pedagogy* 5,

no. 1 (Fall 2014): 117-123.

"D'Angelo's *Voodoo* Technology: African Cultural Memory and the Ritual of Popular Music Consumption," *Black Music Research Journal* 32, no. 1 (Spring 2012)

"Eminem's 'My Name Is': Signifying Whiteness, Rearticulating Race," *Journal of the Society for American Music* 3, no. 3 (Fall 2009): 341-364.

"An Escape From the Planet of the Apes: Accounting for Cornelius's International Reception," *New Sound: International Magazine for Music* 25, no. 1 (May 2005): http://www.newsound.org.yu/

**Encyclopedia Entries**

"Race and Ethnicity," *Grove Dictionary of American Music, Second Edition,* Charles Hiroshi Garrett, ed. (New York: Oxford University Press, 2013)

"Rap Music, Since 2000," *Grove Dictionary of American Music, Second Edition,* Charles Hiroshi Garrett, ed. (New York: Oxford University Press, 2013)

"Asian American Jazz," "Asian Improv Records," "Francis Wong," "Fred Ho," "Glenn Horiuchi," "Hiroshima," "Jason Kao Hwang," "Jon Jang," *Grove Dictionary of American Music, Second Edition,* Charles Hiroshi Garrett, ed. (New York: Oxford University Press, 2013)

"Rap Music as Social Protest," *The International Encyclopedia of Protest and Revolution, 1500 to the Present,* Immanuel Ness, ed. (Oxford: Blackwell Publishing, 2009)

"Blues," *Encyclopedia of Sex and Gender,* Fedwa Malti-Douglas, ed. (Detroit: Macmillan Reference USA, 2007)

**Reviews**

"Review of *The Race of Sound: Listening, Timbre, and Vocality in African American Music," Journal of the American Musicological Society* 74, no. 1 (Spring 2021)

"Review of *The Hip Hop & Obama Reader," Journal of Popular Music Studies,* 29, no. 2 (June 2017)

"Review of *Groove Music: The Art and Culture of the Hip Hop DJ,*" *Journal of the Society for American Music,* 9, no. 3 (Spring 2015)

"Review of *Rhymin' And Stealin': Musical Borrowing in Hip-Hop,*" *Journal of the Society for American Music* 9, no. 1 (Fall 2014)

"Review of *Alien Encounters: Popular Culture in Asian America*," *Popular Music and Society* 33, no. 1 (2010): 108-111

"Review of The Documentary Freestyle: The Art of Rhyme," *American Music* 24, no. 4 (Winter 2006)

"Review of The Motion Picture 8 Mile," *ECHO* 4, no. 2 (December 2002), http://www.echo.ucla.edu

**Other Publications**

"Run The Jewels and Roll The Credits: Borrowed Music in the Black Panther Trailer," *Musicology Now,* October 3, 2017 <http://musicologynow.ams-net.org/2017/10/quick-takes-run-jewels-and-roll-credits.html>

"'Hamilton' can inspire us to be a better nation," *Register Guard* "Guest Viewpoint" 7 March 2017 < http://registerguard.com/rg/opinion/35335559-78/hamilton-can-inspire-us-to-be-a-better-nation.html.csp#>

"Straight Outta Compton…via New York," *Sounding Out!* 25 August 2015

<http://soundstudiesblog.com/2015/08/31/straight-outta-compton-via-new-york/>

"Compton Commodified: N.W.A Was Always a Blend of Fiction and Reality," *The Conversation,* 12 August 2015 <http://theconversation.com/compton-commodified-nwa-was-always-a-blend-of-fiction-and-reality-45355>

"99 Problems But Authenticity Ain't One," *University of California Press Blog,* 26 February 2015 <http://www.ucpress.edu/blog/17509/99-problems-but-authenticity-aint-one/>

"J-Pop, 1950s Sacramento: New Insights on Japanese Music's Post-War History," *Nikkei Heritage*, 32/2 (Fall 2012): 12-13.

CD Liner Notes for Idit Schner, *Fissures* (Origin Classical, 2010)

"American Music Studies: A Student's Perspective," *Society for American Music Bulletin* 32, no. 3 (Summer 2006)

### Works in Progress

"Making Beats, Producing Meaning: The Aural Poetics of Tupac Shakur and Johnny J's 'Life Goes On'" (article in preparation)

"Review of *Extreme Exoticism: Japan in the American Musical Imagination* by W. Anthony Sheppard, *Journal of the Society for American Music* (review in preparation)

## Editing

### Books

Co-Series Editor, "Tracking Pop," University of Michigan Press, 2016-
Senior Editor, *Oxford Handbooks Online,* 2015-

### Journals

Advisory Editor, *Journal of the Society for American Music,* Vol. 14 (2020)
Editor-In-Chief, *Journal of the Society for American Music,* Vol. 12 – 13 (2018-2019)

### Encyclopedias

All entries (approx. 100) related to hip-hop culture and rap music, *Grove Dictionary of American Music, Second Edition,* Charles Hiroshi Garrett, ed. (New York: Oxford University Press, 2013)

## Papers Presented

### Invited Lectures

"Canons and Curricula: Confronting Legacies of White Supremacy in Departments of Music," Institute of Sacred Music, Yale University, April 26, 2021

"The Possessive Investment in Classical Music," Plenary Lecture, Music Library Association & Theater Library Association, National Joint Meeting, March 1, 2021

"Leaders of the New School? Music Departments, Hip-Hop, and the Challenge of Significant Difference," School of Music, West Virginia University, February 19, 2021

"The Possessive Investment in Classical Music," Music Department, UC Davis, January 21, 2021

"Leaders of the New School? Music Departments, Hip-Hop, and the Challenge of Significant Difference," GW Graduate School of Education and Human Development, December 7, 2020

"Leaders of the New School? Music Departments, Hip-Hop, and the Challenge of Significant Difference," Music Department, Harvard University, December 4, 2020

"Leaders of the New School? Music Departments, Hip-Hop, and the Challenge of Significant Difference," Music Department, Binghamton University, November 19, 2020

"The Possessive Investment in Classical Music," School of Music, Texas State University, San Marcos, October 14, 2020

"Musicology, Hip Hop Studies, and the Challenge of Significant Difference," American Musicological Society Popular Music Studies Group, Pre-Conference Symposium, Keynote Lecture, October 30, 2019

"Making Beats, Producing Meaning: The Aural Poetics of Johnny J and Tupac Shakur's 'Life Goes On,'" George Mason University, September 27, 2019

"Making Beats, Producing Meaning: Hip Hop Studies, Race, and Music Analysis," Music & Culture Lecture Series, College of William & Mary, April 4, 2019

"Making Beats, Producing Meaning: Hip Hop Studies, Race, and Music Analysis," Music Colloquium Series, Temple University, March 1, 2019

"To The Beat Y'all: MCs, DJs, and Hip Hop Music Before 'Rapper's Delight'," Talk Tuesday, Smithsonian Museum of American History, February 5, 2019

"The Possessive Investment in Classical Music," Music Scholars Lecture Series, University of Maryland, November 30, 2018

"The Possessive Investment in Classical Music," Keynote Address, South Central Graduate Music Consortium, University of Virginia, September 29, 2018

"The Possessive Investment in Classical Music," Distinguished Speaker Series, Michigan State University, September 21, 2018

"Music as Politics: Countering Anti-Immigration Rhetoric Through Song," Supernova Student Group, University of Oregon, May 23, 2017

"Interrogating the Nation/Repositioning U.S. Music in the 21st Century," Radcliffe Institute for Advanced Study, Harvard University, May 11, 2017

"Listening to 'Hamilton' in the Age of Trump," Quack Chats Series, University of Oregon, March 8, 2017

"Rap Songs, Race, and Music Analysis," University of Washington, School of Music, October 21, 2016

"Making Beats, Producing Meaning: Rap Songs, Race, and Music Analysis," Case-Western Reserve University, Department of Music, September 30, 2016

"Migration/Music/Hybridity and the 21st Century Music Curriculum," Harvard University, Department of Music, December 9, 2015

"Making Beats, Producing Meaning: Musical Poetics in Hip Hop and Rap," Reed College, Department of Music, September 26, 2015

"Race, Music, and Popular Culture: A Conversation With George Lipsitz and Loren Kajikawa," University of Oregon, June 4, 2015

"Race, Culture, and Power," Countering Colorblindness Conference, University of Oregon, June 3, 2015

"Old School Tapes: An Archive of Early Hip Hop," Keynote Lecture, Music Librarians Association, Northwest Chapter, May 8, 2015

"Sounding Race in Rap Songs," Books In Print Lecture Series, Oregon Humanities Center, May 5, 2015

"Sounding Race in Rap Songs," UO Sociology Colloquium, April 13, 2015

"Sounding Race in Hip Hop," Hip Hop Festival and Symposium Keynote Address, Oregon State University, Corvallis, October 17, 2014

"Before Rap: DJs, MCs, and Pre-1979 Hip-Hop Performances," *American Musicological Society and Rock / Roll Hall of Fame Lecture Series,* Rock and Roll Hall of Fame, Foster Theater, Cleveland, September 25, 2013

"Making Beats, Producing Meaning: Musical Poetics in Tupac's 'Life Goes On,'" Supernova Student Group, UO, April 26, 2013

"'Rapper's Delight': From 'Genre-less' to the Birth of a Genre," *Oral Traditions Old and New: A Symposium in Memory of Anne Dhu McLucas,* University of Oregon, October 19, 2012

"Nothing But a 'G' Thang: The Gangsta and Gospel of L.A.-Based Hip Hop," Herb Alpert School of Music Inaugural Convocation, UCLA, October 3, 2008

**Conference Presentations**

"Making Beats, Producing Meaning: Johnny J and Tupac Shakur's 'Life Goes On,'" American Studies Association, National Meeting, Atlanta, November 8, 2018

"Diversity in Publishing," American Musicological Society /Society for Music Theory, National Meeting, San Antonio, November 2, 2018

"Publishing in Journals Roundtable," American Musicological Society /Society for Music Theory, National Meeting, San Antonio, November 1, 2018

"Pedagogies of Music, Politics, and Race," American Studies Association, National Meeting, Chicago, November 12, 2017

"Remixing the Nation: Hamilton, Hip Hop, and Race," Society for American Music, National Meeting, Montreal, April 23, 2017

"Art of Facts: Reconstructing Early Hip Hop Performance," American Musicological Society, National Meeting, Vancouver, November 5, 2016

"Making Beats, Producing Meaning: Johnny J and Tupac Shakur," Experience Music Project Pop Conference, Seattle, April 15, 2016

"Respondent," AMS Popular Music Studies Group, Pedagogy Discussion, American Musicological Society, National Meeting, Pittsburgh, November 7, 2013

"Before Rap: DJs, MCs, and Pre-1979 Hip-Hop Performances," American Musicological Society, National Meeting, Pittsburgh, November 7, 2013

"'Rapper's Delight': From Genre-Less to New Genre," International Association for the Study of Popular Music (IASPM-US), Austin, TX, March 2, 2013

"Tokyo Boogie Woogie Crosses the Pacific," Association for Asian Studies, International Meeting, Toronto, March 16, 2012

"'Bring That Beat Back!' Sounding Race in Hip Hop and Rap Songs," American Musicological Society, National Meeting, San Francisco, November 10, 2011

"Dr. Dre's 'Nuthin' But a G Thang': The Sound of South America in South L.A.," Society for American Music, National Meeting, Cincinnati, March 11, 2011

"'The Heart of Japan' in the Heart of California: *Enka* and Japanese Americans in Post-War Sacramento, Society for Ethnomusicology, National Meeting, Los Angeles, November 13, 2010

"The Analogue Sound of Digital Production: Dr. Dre's G-Funk in Post-Rebellion L.A." Experience Music Project, Annual Conference, Seattle, April 16, 2010

"Black Skin, Metal Mask: MF Doom's Supervillainy" American Comparative Literature Association, Annual Conference, New Orleans, April 2, 2010

"Urban Dreams of Mobility in Los Angeles-Based Gangsta Rap," Cultural Studies Association, Annual Conference, UC Berkeley, March 20, 2010

"'Let Me Ride/Straight Outta Compton': Producing G-Funk in Post-Riot Los Angeles," IASPM-US, San Diego, May 30, 2009

"The Sound of Struggle: Asian American Jazz in the 1980s," 8th Annual New Music Festival, California State University, Fullerton, March 21, 2009

"'Let Me Ride/Straight Outta Compton': Dr. Dre and the Production of G-Funk," Envisioning California Conference, Sacramento, September 19, 2008

"D'Angelo: Departures and Disappearances," Experience Music Project (EMP), Annual Conference, Seattle, April 12, 2008

"'What's the Difference Between Me and You?': Eminem and the Politics of the Backlash," Music and Politics Graduate Conference, UCSB, April 5, 2008

"Eminem's 'My Name Is': Signifyin(g) Whiteness, Rearticulating Race," Society for American Music, Annual Conference, San Antonio, March 1, 2008

"Eminem's 'My Name Is': Signifyin(g) Whiteness, Rearticulating Race," American Musicological Society, Annual Conference, Quebec City, November 1, 2007

"Issei Spirit: The Shamisen and Japanese American Identity in the Music of Glenn Horiuchi," UCLA Japanese Studies Center Graduate Symposium, Los Angeles, April 22, 2006

"Millenarian Soul: Aesthetics of Transcendence in D'Angelo and Charlie Hunter's 'The Root,'" American Musicological Society, Annual Conference, Seattle, November 12, 2004

"If It's Asian American, Can It Be Bad?: Politics, Aesthetics, and the Music of Glenn Horiuchi," Society for American Music, Annual Conference, Cleveland, March, 2004

"Cornelius's 'Point of View: Perspectives on Globalization, Techno-Orientalism, and Cyborg Fantasy," Nikkei Bruin Conference on Japanese Popular Music, Los Angeles, March, 2004

"'Playing Out:' Jazz/Creative Music and the 'Afro-Asian Connection,'" Society for Ethnomusicology, National Conference, Miami, October, 2003

"'I Know I Sound Strange But I Really Mean It': Irony, Pleasure, and Criticism in Bootsy's Love Ballads," International Association for the Study of Popular Music, U.S. National Conference, Los Angeles, September, 2003

"Glenn Horiuchi's Bad Jazz: Towards an Asian American Music Criticism," Association for Asian American Studies, National Conference, San Francisco, May, 2003

"Breathing Deep: Gesture, Space, and Hip-Hop Interiority," International Association for the Study of Popular Music, U.S. National Conference, Cleveland, October, 2002

**Roundtables and Workshops**

Co-Leader with Dumi Right, "Improvisation in Hip Hop," GW Jam Session, February 12, 2021

Panelist, "Decentering the Canon in the Conservatory, Oberlin College, February 6, 2021

Panelist, "The Hill We Climb: Power and Paegentry in the Presidential Inauguration," GW Humanities Center, February 4, 2021

Panelist, "Decolonizing Music Education: A Roundtable with Rhiannon Giddens, Francesco Turrisi, and Special Guests," Santa Clara University, January 22, 2021

Workshop Leader, "Anti-Racism in Contemporary Music," Yarn/Wire Summer Institute, June 26, 2020

Workshop Leader, AMS Popular Music Studies Group Junior Faculty Symposium, Case Western Reserve University, June 1-3, 2020 (moved online due to COVID-19)

Featured Panelist, Story Circle, Music of Asian America Research Center, May 22, 2020

Respondent, "Sound Stages," Revolutions in Sound Symposium, University of Maryland, February 28, 2020

**Panels Chaired**

"Hip Hop Locations and Articulations," Society for American Music, National Meeting, Minneapolis, March 28, 2020 (moved online due to COVID-19)

"*DAMN*," Society for American Music, National Meeting, New Orleans, March 21, 2019

"The Magic and Myth of the MPC: 30 Years of Hip-Hop Beat-Making," Lecture/Performance featuring Patrick Rivers (University of New Haven) and Will Fulton (LaGuardia Community College), Society for American Music, National Meeting, Kansas City, March 3, 2018

"Beyond the Notes: Challenging Current Ideas," Musicking Conference: Improvisation, Ornamentation, and Variation, University of Oregon, May 25, 2017

"Performing Difference in the City," American Musicological Society, National Conference, Vancouver, November 6, 2016

"Ideas of Space and Place," Society for Ethnomusicology, Northwest Chapter, University of Oregon, February 20, 2016

"Pop Music and the Politics of Icons," Japanese and Korean Mediascapes Conference, University of Oregon, May 29, 2015

"Informational Politics," New Media and Democracy: Global Perspectives Conference, University of Oregon, April 10, 2015

"Recent Music in the U.S.A.: Approaches to Analysis," American Musicological Society, Northwest Chapter, Annual Meeting, Eugene, April 14, 2013

"Oral Traditions in American Music," *Oral Traditions Old and New: A Symposium in Memory of Anne Dhu McLucas,* University of Oregon, September 29, 2012

"Rap Music in Cross-Cultural Perspective," Society for Ethnomusicology, Northwest Chapter, Annual Meeting, Eugene, February 19, 2012

"Music, Religious Institutions, and Spirituality," Society for Ethnomusicology, Northwest Chapter, Annual Meeting, Eugene, February 18, 2012

Discussion leader for University of Oregon Housing's "Count Me In" Action Team Event Featuring Hip Hop Music, May 11, 2010

"Teaching the Dynamics of Race and Gender in Popular Music," *Teaching Race and Gender Beyond Diversity Conference*, University of Oregon, May 8, 2010

"Global and Local Flows," IASPM-US, Los Angeles, September, 2003

## Conferences and Events Organized

Student Showcase: Hip Hop Song Projects, GW Music Program Fridays @ 5, April 9, 2021

"I Used To Love To Dream: A.D. Carson in Conversation with Truth and Vintage," Corcoran New Music Festival, George Washington University, November 17, 2020

"Pixar's Memories," A Lecture by Daniel Goldmark (Case-Western), The George Washington University, January 17, 2020

"The Undeniable Power of Music to Heal," A Lecture by Molly Sturges, The George Washington University, November 18, 2019

"Shooting the Enemy," A Lecture by Media Assassin Harry Allen, The George Washington University, April 2, 2019

Dissonant Perspectives: Old Music in a Time of Political Upheaval, Symposium, University of Oregon, May 30-31, 2018

"Shooting the Enemy," A Lecture by Media Assassin Harry Allen, University of Oregon, October 26, 2017

Program Committee, Pop Conference, Museum of Pop Culture, Seattle, April 26-29, 2018

4th Annual Hip Hop Jam, Global Scholars Hall, University of Oregon, November 29, 2017

Roundtable Session Co-Organized with Daniel Martinez HoSang (Yale), "Pedagogies of Music, Politics, and Race," American Studies Association, National Meeting, Chicago, November 12, 2017

Special Workshop Session, "Fieldwork in American Music Research and Teaching," Society for American Music, Annual Meeting, Montreal, March 24, 2017

Hip Hop and Comics: Symposium and Concert, co-organized with Benjamin Saunders (English) and Andre Sirois (Cinema Studies), University of Oregon, May 20, 2016

Quetzal: World Music Series Concert, Guest Lectures, and Workshops, co-organized with Ed Wolf (Ethnomusicology) and Suzanne Hanlon (EMU), University of Oregon, February 24-26, 2016

Society for Ethnomusicology, Northwest Chapter, Annual Meeting, co-organized with Ed Wolf, University of Oregon, February 20, 2016

2nd Annual Hip Hop Jam, Global Scholars Hall, University of Oregon, November 20, 2015

Susan McClary, Trotter Visiting Professorship, University of Oregon, May 2015

Boots Riley and Brian Coleman, "Taking Over: The Life & Times of Boots Riley of The Coup," University of Oregon, April 15, 2015

Edwin Hill, THEME Lecture: "Cypher v. State: Symbolic Violence and the Performative Power of the Rap Lyric in France and the US," April 6, 2015

Jeff Chang and James Braxton Peterson, "Hands Up & Breath: A Conversation About

Racial Justice and Hip Hop," University of Oregon, March 13, 2015

Jon Jang, Piano Recital, Beall Hall, January 20, 2015

1st Annual Hip Hop Jam, LLC Performance Hall, University of Oregon, November 23, 2014

Felicia Miyakawa, THEME Lecture: "A Spiritual for All People? 'Sometimes I Feel Like a Motherless Child' in the Diaspora(s)," October 15, 2014

Kevin Patton, THEME Lecture: "Musicianship and Automation in Computer Music Improvisation," May 31, 2013

Joan Morgan, THEME Lecture: "The Pleasure Principal: A Post-Hip-Hop Search for a Feminist Politics of Pleasure," February 16, 2013

Oral Traditions Old and New: A Symposium in Memory of Anne Dhu McLucas, University of Oregon, September 29 and October 19-20, 2012

Roger Steffens, UO Music and Politics Series, SOMD, April 2012

Bernice Johnson Reagon, UO Music and Politics Series, SOMD, February 2012

Vijay Iyer, Trotter Visiting Professor, University of Oregon, SOMD, November 2011

Program Committee, Society for American Music National Conference, June 2011

Oliver Wang, THEME Lecture, University of Oregon, SOMD, May 2011

Charles Hiroshi Garrett, THEME Lecture, University of Oregon, SOMD, May 2011

Shannon Dudley, THEME Lecture, University of Oregon, SOMD, February 2011

## Referee for Journals and Academic Presses

*American Music*

*American Quarterly*

*Arizona Quarterly*

*Black Music Research Journal*

Bloomsbury Publishing

*Canadian Review of American Studies*

*Criticism: A Quarterly for Literature and Arts*

Global Hip Hop Studies

Indiana University Press

*Journal of Music History Pedagogy*

Oxford University Press

*ECHO: a music-centered journal*

*Journal of Popular Music Studies*

*Journal of the Society for American Music*

*Popular Music*

Routledge Publishing

University of California Press

University of Illinois Press

University of Michigan Press

## Teaching Experience

### Courses Taught

| | |
|---|---|
| Music and Politics (MUS 1104) | George Washington, 2020- |
| Art and Culture of the DJ (MUS 1104) | George Washington, 2019- |
| Hip Hop History and Culture (MUS 1104) | George Washington, 2019- |
| Music in the United States (MUS 2122) | George Washington, 2019- |
| Music History III: 20th Century Art Traditions (MUS 2106) | George Washington, 2018- |
| Music, Politics, and Race (ES345M/MUS345M) | University of Oregon, 2016- |
| Music & Politics in California (ES 100 / MUS 100) | University of Oregon, 2015 |
| Popular Music Studies (MUS 463/607) | University of Oregon, 2014- |
| Sounding Race in Rap Music (HC 424) | University of Oregon, 2012 |
| Japanese Music (MUS 399) | University of Oregon, 2011- |
| Hip Hop Studies (MUS 607) | University of Oregon, 2011- |
| Hip Hop and the Politics of Race (MUS 199) | University of Oregon, 2011- |
| American Ethnic and Protest Music (MUS 349) | University of Oregon, 2011- |
| Black Music Historiography (MUS 407/507) | University of Oregon, 2010- |
| Hip Hop: History, Culture, Aesthetics (MUS 360) | University of Oregon, 2010- |
| Music of the Americas (MUS 359) | University of Oregon, 2010- |
| Music in the 20th-Century (MUS 665) | University of Oregon, 2009- |
| Introduction to Musicology (MUS 614) | University of Oregon, 2009- |
| Gangsters in American Popular Culture (GE20CW) | UCLA, 2009 |
| Historiography of Jazz (MUHL 588) | USC, 2008 |
| History of Popular Music (MUSC 367) | Loyola Marymount University, 2007 |
| Hip-Hop and Crossover (GE 20CW) | UCLA, 2006 |
| History of Jazz (MH 150) | UCLA, 2005 |
| Race and American Popular Music (GE 20CW) | UCLA, 2005 |
| History of Hip-Hop Music (MH 40) | UCLA, 2004 |

### Guest Lectures

| | |
|---|---|
| "Eminem and Whiteness" | University of Virginia, 2021 |
| "Eminem and Whiteness" | Santa Clara, 2020 |
| "Possessive Investment" | GW TRDA, 2020 |
| "Kendrick Lamar and Ted Hearne" | GW Chamber Music, 2020 |
| "DJs and Looped Aesthetics" | GW Electronic Music, 2020 |
| "Afro-Asian Formations of Race" | Yale University, 2020 |
| "How DJs Invented Hip Hop" | MIT, 2020 |
| ENG 407, "Sounding Race" | University of Oregon, 2016 |
| CAS 110, "Intro to Musicology" | University of Oregon, 2015- |

| | |
|---|---|
| MUS 327, "Analyzing Popular Music" | University of Oregon, 2015- |
| MUS 227, "Hip Hop Music" | University of Oregon, 2015- |
| MUS 269, "Hip Hop Before Rap Music" | University of Oregon, 2014- |
| MUS 460/564, "Hip-Hop Music and Gender" | University of Oregon, 2014 |
| MUS 452/552, "Hip Hop DJ Techniques" | University of Oregon, 2011 |
| MUS 451/551, "From DJs to Sample-based Rap" | University of Oregon, 2010- |
| MUS 611, "Popular Music Research Methods" | University of Oregon, 2010- |
| FLR 399, "Music and Car Cultures" | University of Oregon, 2011- |
| MUS 351, "Aesthetics of Sample-based Music" | University of Oregon, 2010 |
| MUS 269, "Repetition in 20th Century Music | University of Oregon, 2010- |

## University Service

Chair, Tenure & Promotion Committee, Corcoran Music Program, 2021
Teaching Peer Reviewer, Corcoran School of the Arts and Design, 2019-
John Traub, Kevin Patton, Heather Stebbins, Ning Yu, Kip Lornell
Search Committee, Director of the Corcoran School of the Arts and Design, 2019-2020
Search Committee, Assistant Professor of Electronic and Computer Music, Music Program, Corcoran School of the Arts and Design, 2018-2019
Academic Committee, Corcoran School of the Arts and Design, 2018-
Promotion and Tenure Committee, UO School of Music and Dance, 2017-2018
Faculty Advisory Committee, UO School of Music and Dance, 2015-2018
BA & BS General Music Revision, Ad-Hoc Committee, 2015-2016
Jazz Area NTTF Search Committee, UO School of Music and Dance, 2015-2016
Academic Affairs Learning Demonstration Project, University of Oregon, 2015-2016
SOMD Brand Committee, 2015-
Undergraduate Council, University of Oregon, 2011-
Faculty Advisory Committee, UO School of Music and Dance, 2011-2013
Ethnomusicology Search Committee, UO School of Music and Dance, 2012-2013
Music Technology Search Committee, UO School of Music and Dance, 2011-2012
Undergraduate Committee, UO School of Music and Dance, 2010-
Academic Requirements Committee, University of Oregon, 2010-2011
Participating Faculty Member, Ethnic Studies, University of Oregon, 2010-
Core Faculty Member, Folklore Studies, University of Oregon, 2010-
Trotter Committee, University of Oregon, School of Music and Dance, 2010-
Graduate Education Curriculum Committee, UCLA Department of Musicology, 2005

## Professional Service

Tenure File Review, Yale University (2021)

American Musicological Society, Popular Music Studies Group, Summer Writing Workshop for Junior Scholars, 2020

American Musicological Society, Conference Submission Review, 2020

Editorial Advisory Board, *Global Hip Hop Studies,* 2019-

Society for American Music, Board Nominating Committee, 2019-2020

American Musicological Society, Board Nominating Committee, 2019

Tenure File Review, Richmond University (2018)

American Musicological Society, AMS Council Member-at-Large, 2017-2020

Anne Dhu McLucas Fellowship Committee, Society for American Music, 2016-2017

Tenure File Review, University of New Mexico, Department of Music (2017)

Committee on the Conference, Society for American Music, Chair, 2016-2017

Woody Guthrie Book Award Committee, IASPM-US, 2015-2016

Editorial Advisory Board, *Journal of the Society for American Music*, 2016-2018

Woody Guthrie Book Award Committee, Chair, IASPM-US, 2014

Editorial Advisory Board, *Journal of Popular Music Studies*, 2014-

Committee on the Conference, Society for American Music, 2014-2017

Howard Mayer Brown Award Committee, American Musicological Society, 2013-2017

## Other Activities

Featured Guest, "Bonus Beats: Favorite Breaks w/Loren Kajikawa," *Heat Rocks* Podcast with Oliver Wang, November 17, 2020

Featured Guest, *Sound Expertise,* Season 1, Episode 2, https://soundexpertise.org

Faculty Advisor, GW Music Entrepreneurship Organization, 2019-

Karen Tongson in Conversation with Loren Kajikawa About Her Book *Why Karen Carpenter Matters*, Politics & Prose, Washington, DC, June 29, 2019

Featured Guest, "EP12: 'The Prequel Episode' feat. Loren Kajikawa on Dr. Dre's *The Chronic, Heat Rocks* Podcast with Oliver Wang and Morgan Rhodes, December 15, 2017 <http://www.maximumfun.org/heat-rocks/ep12-prequel-episode-feat-loren-kajikawa-dr-dres-chronic>

Judge, Eugene Film Society's 72 Hour Music Video Competition, 2017

Invited Participant, Colloquium on American Music in the Twenty-First Century, Radcliffe Institute for Advanced Study, May 10-12, 2017

Consultant, *The Hypertext* with Harry Allen and DJ Prince Paul, 2016-2017

Consultant, *The Run Out Groove* with Oliver Wang, 2017

Administered Japanese Language Exam for Case Western Reserve, Department of Music, October 5, 2016

Faculty Sponsor, UO Hip Hop Club, 2016-

Co-Founder and Faculty Sponsor, UO Hip Hop Ensemble, 2015-

Performance, "Hamilton: The Musical," *The Grammys Show,* UO School of Music, February 6, 2016

Panelist, "Teaching in Context," New Faculty Fellows, University of Oregon, January 15, 2016

IASPM-US Interview Series: Loren Kajikawa, "Sounding Race in Rap Songs" <http://iaspm-us.net/iaspm-us-interview-series-loren-kajikawa-sounding-race-in-rap-songs/>

Presentation, UO Board of Trustees, Oregon Humanities Center, March 5, 2015

Panelist, "Teaching in Context," CoDaC Faculty Fellows, University of Oregon, January 9, 2015

Presenter, "New Sounds, New Students: Diversity, Equity, and Inclusion in the School of Music and Dance," Showcase Oregon, Office of Equity and Inclusion, May 22, 2014

Interview about research with Barbara Altman for *UO Today,* September 15, 2013

Panelist, "Training to Study Race & Ethnicity Across Disciplines," Research Innovation in Graduate Education Event, Organized by Priscilla Ovalle and Lara Bovilsky, University of Oregon Friday, May 24, 2013

Guest Lecture, "Latinos and Asian Americans in Hip-Hop Music," Joint Meeting of UO MECHA and APASU, February 2, 2013

Administrator of THEME: an interdisciplinary colloquium of faculty and student researchers in music theory (T), musicology/music history (H), ethnomusicology (E), and music education (ME), 2012-

Founder of Steve Larson Distinguished Lecture Series, School of Music and Dance, University of Oregon, 2012-

Played *reong* as a member of the University of Oregon's School of Music and Dance Balinese Gamelan led by visiting Trotter Professor Wayne Vitale, March 12, 2010

Session Recorder/Co-Presenter, "What Should Gen Ed Courses in the Humanities Achieve?" Education, Innovation, and Discovery: The Distinctive Promise of the American University Conference, Washington DC, November 13, 2008

Invited Participant, Sophie Workshop, University of Southern California, 2008

Member, UCLA Digital Humanities Research Colloquium, 2007-

Co-founder, UCLA Working Group on Hip-Hop Studies, 2005

Editorial Board Member, *ECHO: a music-centered journal*, 2001-2005

## Academic Advising

### Graduate Committees, Chaired

Sean Peterson, "Something Real: Rap, Resistance, and the Music of the Soulquarians," Ph.D. Dissertation in Musicology, 2018

Ryan Nason, "Life in the Pits: A Trumpeter's Life in New York's Musical Theater," M.A. Thesis in Musicology, 2018

Samuel V. Golter, "Women Rappers and the Neoliberal Politics of Indifference: Reevaluating the Racial and Sexual Politics of Los Angeles Gangsta Rap in the Early 1990s," M.A. Thesis in Musicology, 2017

Kevin Whitman, "Reconstructing the Mothership: A Critical Historiography of P-Funk," M.A. Thesis in Musicology, 2017

Nathan Moore, "More Than a Folksinger: Converging Traditions in the Harry S. Stamper, Jr. Papers," M.A. Thesis in Folklore, 2013

Mark Samples, "A Package Deal: Advertising, Brand Theory, and Music in The 20th and 21st Centuries," Ph.D. Dissertation in Musicology, 2011 (Assistant Professor of Musicology, Western Washington University)

Aaron Manela, "Arthur Saint-Léon's *The Little Humpbacked Horse* In Context," M.A. Thesis in Musicology, 2011 (Ph.D. Candidate, Case Western Reserve University)

**Graduate Committees**

Nate Asman, DMA Recital in Data-Driven Instrument Performance, 2018

Ashley Merriner, "Sonic Signifiers in Video Game Horror," M.A. Thesis in Musicology, 2017

James Alexander Cox, "It's Like DNA Y'Know? Genealogies of Listening in Australian Hip Hop," Ph.D. Dissertation in Communications and Media, Macquarie University, Australia, December 2, 2016

Lauren Joiner, "Veil and Tonsure:" Stuttgart 95, Devotional Music, and the Discursive Construction of Gender in Thirteenth-Century Double Houses," Ph.D. Dissertation in Musicology, November 21, 2016

Fraser Gottlieb, "Attitudes Regarding Popular Music in the Classroom: Pre-Service Music Educators' Perspectives Through Participation in Popular Music Ensembles," M.A. Thesis in Music Education, May 31, 2016

Adam Shanley, "The Use of Guitar in Anton Webern's *Op. 18* and Its Influence on His Later Works," Ph.D. Dissertation in Music Theory, May 27, 2016

Chi Wang, DMA Recital in Data-Driven Instrument Performance, May 1, 2016

Matthew Zavortink, "Analysis of Rhythm in Rap Music," M.A. Thesis in Music Theory, March 8, 2016

Matthew Ferrandino, "What To Listen For In Zappa: Philosophy, Structure, and Allusion in Frank Zappa's Works," M.A. Thesis in Music Theory, May 14, 2015

Jodi Jolley, "Timelessness In Music," Ph.D. Dissertation in Music Theory, November 21, 2014

Diana Rosenblum, "Quadruple Quartet," M.A. in Composition, November 14, 2014

Gabriel Neves Coehlo, "Kurtág's Játétok: Playing Games With Tradition," DMA in Piano Performance, November 11, 2014

Sarah Hwang, "Between Indoor and Outdoor: The Graffiti and Installations of Barry McGee ('Twist')," M.A. in Art History, October 3, 2014

Julianne Graper, "'*¿Qué Dice Usted?':* Discourses of Femininity in *Nueva Trova Cubana*," M.A. Thesis in Musicology, June 2014

Susanne Scheiblehofer, "The Singing Nazi: Representations of National Socialism in Broadway Musicals," Ph.D. Dissertation in Musicology, May 2014

Diane Rosenblum, M.A. Recital in Composition, April 30, 2014

Alicia Antoinette, "Massenet's *Thaïs*: A Comparison Between the Stagings in the Livret de Mise en Scène F-Pbh T 8 (1) and the Metropolitan Opera's 2008 Production," M.A. Thesis in Musicology, November 2012

Jeff Lovell, "An Exploration of Melody, Harmony, and Improvisation in the Music of Stevie Wonder," Ph.D. Dissertation in Music Theory, October 2012 (Assistant

Professor, Lebanon Valley College)

Sunhwa Lee, "Aesthetics of Objectivism in Igor Stravinsky's Neoclassical Works," M.A. Thesis in Musicology, June 2012

Holland Phillips, "Tidens Fylde": Temporality and Tradition in Carl Nielsen's Works for Violin," D.M.A. Dissertation, June 2012

Celine Thackston, D.M.A. Recital in Performance (flute), March 2011

Michele Aichele, "Musical Life in Portland, OR in the Twentieth Century: A Look Into the Lives of Two Portland Women Musicians," M.A. Thesis in Musicology, 2011

**Undergraduate Committees, Chaired**

David Zaro, "Korean Americans, Music, and the 1992 LA Riots," Honors Thesis, GW International Affairs and Geography, 2021

Colin Takeo, "October 26, 1954: Building Ideology on Both Sides of the Iron Curtain," Clark Honors College Thesis, Passed with Honors, November 16, 2016

Max Zatarain, "Seeing Change: Techniques of Transition in the Arrangement of Recorded Popular Song," Clark Honors College Thesis, November 25, 2015

Marissa Ochsner, "All The Things It Was: Milton Babbitt and Popular Music," Clark Honors College Thesis, Passed with Distinction, May 19, 2011 (SOMD Award for Outstanding Scholar)

Kaila Finlayson, "Epicness: A Cultural History of the Horn," Clark Honors College Thesis, Passed with Distinction, May 28, 2010

**Undergraduate Committees**

Dante Haruna, "Japanese Art Song," Senior Lecture-Recital in Voice, May 28, 2016

## Professional Affiliations

American Musicological Society
American Studies Association
Association for Asian American Studies
Center for Black Music Research
International Association for the Study of Popular Music
Society for American Music
Society for Ethnomusicology

## Languages

| | |
|---|---|
| Japanese | Advanced level reading, writing, and speaking |
| Spanish | Advanced level reading, writing, and speaking |

## References

**Robert Walser**
Professor of Musicology
Music Department
Case Western Reserve University
Cleveland, Ohio 44106-7105
Phone: (216) 368-4410
robert.walser@case.edu

**Susan McClary**
Professor of Musicology
Music Department
Case Western Reserve University
Cleveland, Ohio 44106-7105
Phone: (216) 368-1126
susan.mcclary@case.edu

**George Lipsitz**
Professor of Black Studies
Department of Black Studies
University of California, Santa Barbara
Campus Mail Code: 3150
Tel: 805-893-8045
Fax: 805-893-359
glipsitz@blackstudies.ucsb.edu

**Robert Fink**
Professor of Musicology
Department of Musicology
University of California, Los Angeles
2443 Schoenberg Music Building
Los Angeles, CA 90095-1623
Phone: (310) 206-7549
rfink@humnet.ucla.edu