1  GERARD FOX LAW P.C.
   Gerard P. Fox (SBN 151649)
2  Marina V. Bogorad (SBN 21754)
   mbogorad@gerardfoxlaw.com
3  1880 Century Park East, Suite 1410
   Los Angeles, CA 90067
4  Telephone: (310) 441-0500
   Facsimile: (310) 441-4447
5  *Attorneys for Plaintiffs*
   SEAN HALL D.B.A. GIMME SOME HOT
6  SAUCE MUSIC AND NATHAN BUTLER
   D.B.A. FAITH FORCE MUSIC
7

8  Peter Anderson, Esq. (Cal. Bar No. 88891)
         peteranderson@dwt.com
9  Arleen Fernandez, Esq. (Cal. Bar No. 318205)
         arleenfernandez@dwt.com
10 DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
11 Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
12 Fax: (213) 633-6899

13 Attorney for Defendants
   TAYLOR SWIFT, KARL MARTIN SANDBERG,
14 KARL JOHAN SCHUSTER, SONY MUSIC
   PUBLISHING (US) LLC, formerly known as
15 Sony/ATV Music Publishing LLC, KOBALT
   MUSIC PUBLISHING AMERICA INC.,
16 BIG MACHINE LABEL GROUP, LLC and
   UNIVERSAL MUSIC GROUP, INC.
17

18                **UNITED STATES DISTRICT COURT**

19                **CENTRAL DISTRICT OF CALIFORNIA**

20                       **WESTERN DIVISION**

21 SEAN HALL, *et al.*,              ) Case No. 2:17−cv−06882 MWF (ASx)
                                     )
22        Plaintiffs,                )
                                     ) STIPULATION TO ORDER
23     vs.                           ) AMENDING SCHEDULED DATES
                                     )
24 TAYLOR SWIFT, *et al.*,           )
                                     )   ([*Proposed*] Order
25        Defendants.                )   Submitted Herewith)
                                     )
26                                   )
                                     )
27

28

# STIPULATION

Plaintiffs Sean Hall and Nathan Butler, on the one hand ("Plaintiffs"), and defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony Music Publishing (US) LLC, formerly known as Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc., on the other hand ("Defendants"), by and through their respective attorneys of record, enter into this Stipulation with respect to the following facts:

1. In their Complaint, Plaintiffs assert a claim for copyright infringement.

2. On April 2, 2021, the parties stipulated (Doc. 86) to an Order providing for early expert discovery as to the copyright infringement extrinsic test, with an eye to the possibility of an early motion for summary judgment, and adjusting the other scheduled dates in this action by eight weeks to accommodate that early expert discovery and the briefing schedule the parties anticipated agreeing upon. On April 5, 2021, the Court entered its Order (Doc. 87) for that early expert discovery and adjusting the other scheduled dates accordingly.

3. The parties timely completed that early expert discovery.

4. On July 16, 2021, the parties stipulated (Doc. 88) to an Order setting the briefing schedule for Defendants' early motion for summary judgment as to the copyright infringement extrinsic test, with that motion filed by July 19, 2021, and noticed for hearing on August 30, 2021. The Court entered its Order (Doc. 89) setting that briefing schedule.

5. Pursuant to the briefing schedule, Defendants filed and served their motion on July 19, 2021 (Doc. 92).

6. However, on July 26, 2021, and before Plaintiffs' opposition came due under that briefing schedule, Plaintiffs' counsel, Marina V. Bogorad, Esq., raised that because of a COVID breakout in her family, she was required to quarantine at home with her children for at least ten days. She also raised that no other lawyer at her firm could, in the time provided, become sufficiently familiar with the case to meet the

1

then-scheduled opposition deadline. Accordingly, on July 26, 2021, the parties stipulated (Doc. 96) to an Order amending the briefing schedule and hearing date and, in the interests of economy of the Court's and parties' resources, adjusting the other scheduled dates by four weeks so that the parties first have the Court's ruling on the summary judgment motion. On July 27, 2021, the Court entered its Order (Doc. 97) on the parties' stipulation.

7. Pursuant to the amended briefing schedule, Plaintiffs filed their opposition to the summary judgment motion on August 23, 2021, and Defendants filed their reply on September 13, 2021.

8. On September 28, 2021, the Court heard argument on the motion for summary judgment and then took the motion under submission (Doc. 101). The motion remains under submission.

9. In the interests of economy of the Court's and parties' resources, and to avoid incurring the effort and expense of preparing to meet and meeting the remaining scheduled dates if they are mooted by the Court's ruling on the summary judgment motion, the parties respectfully request that the Court extend by eight weeks those remaining scheduled dates.

**NOW, THEREFORE,** the parties respectfully request that the Court enter the accompanying proposed Order amending the scheduled dates in this action by two months, as provided in that proposed Order in this case.

**SO STIPULATED**

Dated: November 9, 2021

_____
Gerard P. Fox, Esq.
Marina V. Bogorad, Esq.
GERARD FOX LAW P.C.
Attorneys for Plaintiffs
SEAN HALL and NATHAN BUTLER

Dated: November 9, 2021

_____
Peter Anderson, Esq.
Arleen Fernandez, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
TAYLOR SWIFT,
KARL MARTIN SANDBERG,
KARL JOHAN SCHUSTER, SONY MUSIC PUBLISHING (US) LLC, formerly known as SONY/ATV MUSIC PUBLISHING LLC, KOBALT MUSIC PUBLISHING AMERICA INC., BIG MACHINE LABEL GROUP, LLC and UNIVERSAL MUSIC GROUP, INC.

## Attestation Regarding Signatures

The undersigned attests that all signatories listed and on whose behalf this filing is submitted concur in this filing's content and have authorized its filing.

Dated: November 9, 2021

_____
Peter Anderson, Esq.