1  GERARD FOX LAW P.C.
   Gerard P. Fox (SBN 151649)
2  Marina V. Bogorad (SBN 21754)
   mbogorad@gerardfoxlaw.com
3  1880 Century Park East, Suite 1410
   Los Angeles, CA 90067
4  Telephone: (310) 441-0500
   Facsimile: (310) 441-4447
5  Attorneys for Plaintiffs
   SEAN HALL D.B.A. GIMME SOME HOT
6  SAUCE MUSIC AND NATHAN BUTLER
   D.B.A. FAITH FORCE MUSIC
7

8  Peter Anderson, Esq. (Cal. Bar No. 88891)
        peteranderson@dwt.com
9  Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
        seansullivan@dwt.com
10 Eric H. Lamm, Esq. (Cal. Bar No. 324153)
        ericlamm@dwt.com
11 DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
12 Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
13 Fax: (213) 633-6899
   Attorneys for Defendants
14 TAYLOR SWIFT, KARL MARTIN SANDBERG,
   KARL JOHAN SCHUSTER, SONY MUSIC
15 PUBLISHING (US) LLC, formerly known as
   Sony/ATV Music Publishing LLC, KOBALT
16 MUSIC PUBLISHING AMERICA INC.,
   BIG MACHINE LABEL GROUP, LLC and
17 UNIVERSAL MUSIC GROUP, INC.

18
19                **UNITED STATES DISTRICT COURT**
20                **CENTRAL DISTRICT OF CALIFORNIA**
21                      **WESTERN DIVISION**

22 SEAN HALL, *et al.*,                 ) Case No. 2:17−cv−06882 MWF (ASx)
                                        )
23          Plaintiffs,                 )
                                        ) STIPULATION TO ORDER
24      vs.                             ) AMENDING SCHEDULED EXPERT
                                        ) DISCLOSURE AND DISCOVERY
25 TAYLOR SWIFT, *et al.*,              ) DATES
                                        )
26          Defendants.                 )        ([*Proposed*] Order
                                        )        Submitted Herewith)
27 _____ )

28

## **STIPULATION**

Plaintiffs Sean Hall and Nathan Butler, on the one hand ("Plaintiffs"), and defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony Music Publishing (US) LLC, formerly known as Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc., on the other hand ("Defendants"), by and through their respective attorneys of record, enter into this Stipulation with respect to the following facts:

1.      In their Complaint, Plaintiffs assert a claim for copyright infringement.

2.      The scheduled dates in this action were amended to accommodate the parties' Stipulation to early expert discovery as to the copyright infringement extrinsic test (Docs. 86 and 87), for COVID-related reasons (Docs. 96 and 97), because of the then-pending motion for summary judgement as to the extrinsic test (Docs. 102 and 103), and for certain health-related reasons as well as the intervening holidays (Docs. 109 and 110).

3.      Due to discovery and expert scheduling issues, the parties respectfully request that the scheduled deadlines for the remaining expert disclosure and discovery dates be extended by six weeks.  The parties are not presently requesting any change to any other presently scheduled dates.

**NOW, THEREFORE,** the parties respectfully request that the Court enter the accompanying proposed Order amending the scheduled remaining expert disclosure and discovery dates in this action by six weeks, as provided in the accompanying proposed Order.

### **SO STIPULATED**

Dated: March 23, 2022

                              /s/ Marina V. Bogorad
                              Gerard P. Fox, Esq.
                              Marina V. Bogorad, Esq.
                              GERARD FOX LAW P.C.
                              Attorneys for Plaintiffs
                              SEAN HALL and NATHAN BUTLER

1

1

2   Dated: March 23, 2022

/s/ Peter Anderson
_____

3   Peter Anderson, Esq.
Sean M. Sullivan, Esq.

4   Eric H. Lamm, Esq.
DAVIS WRIGHT TREMAINE LLP

5   Attorneys for Defendants
TAYLOR SWIFT,

6   KARL MARTIN SANDBERG,
KARL JOHAN SCHUSTER, SONY

7   MUSIC PUBLISHING (US) LLC,
formerly known as SONY/ATV MUSIC

8   PUBLISHING LLC, KOBALT MUSIC
PUBLISHING AMERICA INC., BIG

9   MACHINE LABEL GROUP, LLC and
UNIVERSAL MUSIC GROUP, INC.

10

11

12

13   **Attestation Regarding Signatures**

14        The undersigned attests that all signatories listed and on whose behalf this

15   filing is submitted concur in this filing's content and have authorized its filing.

16

17   Dated: March 23, 2022

/s/ Peter Anderson
_____

18   Peter Anderson, Esq.

19

20

21

22

23

24

25

26

27

28

2