UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEAN HALL, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TAYLOR SWIFT, *et al.*,<br><br>　　　　Defendants. | ) Case No. 2:17−cv−06882 MWF (ASx)<br>)<br>) ORDER AMENDING SCHEDULED<br>) DATES<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　The Court having received and considered the Stipulation of plaintiffs Sean Hall and Nathan Butler, on the one hand ("Plaintiffs"), and defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony Music Publishing (US) LLC, formerly known as Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc., on the other hand ("Defendants"), and for good cause shown:

　　　　**IT IS HEREBY ORDERED** that the following dates scheduled by this Court's Order Amending Scheduled Dates (Doc. 110) and Order Amending Scheduled Expert Disclosure Dates (Doc.116) be and hereby are extended as follows:

///

///

|   | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cut-off | June 10, 2022 | July 1, 2022 |
| Expert Disclosure (Initial) | May 6, 2022 | May 27, 2022 |
| Expert Disclosure (Rebuttal) | June 17, 2022 | July 8, 2022 |
| Expert Discovery Cut-off | July 29, 2022 | August 19, 2022 |
| Last Day to Hear Motions | July 18, 2022 | September 12, 2022 |
| Last Day to Conduct ADR Proceeding | August 5, 2022 | September 30, 2022 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | September 12, 2022 | October 3, 2022 |
| Lodge Pretrial Conference Order, File agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Interrogatories and Verdict Forms, and file Oppositions to Motions in Limine | September 19, 2022 | October 10, 2022 |
| Final Pretrial Conference and Hearing on Motions in Limine | October 3, 2022 | October 24, 2022, at 11:00 a.m. |
| Jury Trial (Est. 5 to 7 Days) | October 25, 2022 | November 15, 2022, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: May 6, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge