Peter Anderson, Esq. (Cal. Bar No. 88891)
　　peteranderson@dwt.com
Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
　　seansullivan@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
　　ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
TAYLOR SWIFT, KARL MARTIN SANDBERG,
KARL JOHAN SCHUSTER, SONY MUSIC
PUBLISHING (US) LLC, formerly known as
Sony/ATV Music Publishing LLC, KOBALT
MUSIC PUBLISHING AMERICA INC., BIG
MACHINE LABEL GROUP, LLC and
UNIVERSAL MUSIC GROUP, INC.

J. Douglas Baldridge, Esq.
　　jbaldridge@venable.com
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Fax: (202) 344-8300

Attorney for Defendant
TAYLOR SWIFIT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SEAN HALL, *etc., et al.*, | Case No. 2:17−cv−06882 MWF (ASx) |
| Plaintiffs, | |
| vs. | STIPULATION TO ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND EXTENDING BY ONE WEEK DEADLINE FOR HEARING DISPOSITIVE MOTIONS |
| TAYLOR SWIFT, *etc., et al.*, | |
| Defendants. | |
| | ([*Proposed*] Order Submitted Herewith) |

# STIPULATION

Plaintiffs Sean Hall and Nathan Butler, on the one hand ("Plaintiffs"), and defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony Music Publishing (US) LLC, formerly known as Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc., on the other hand ("Defendants"), by and through their respective attorneys of record, enter into this Stipulation with respect to the following facts:

1. In their Complaint, Plaintiffs assert a claim for copyright infringement.

2. The parties previously stipulated (Doc. 86) to early expert discovery as to the copyright infringement extrinsic test, with an eye to the possibility of an early motion for summary judgment limited to the issue of Plaintiffs' claim of substantial similarity between the parties' respective songs. The Court entered its Order (Doc. 87) for that early expert discovery, following which Defendants filed their Motion for Summary Judgment, limited to that issue.

3. Pursuant to the case scheduling Order, as amended, the deadline for hearing dispositive motions is September 12, 2022 (Doc. 120).

4. Defendants' counsel have advised Plaintiffs' counsel that Defendants intend to move for summary judgment and, in the alternative, move for partial summary judgment, as to issues other than Plaintiffs' claim of substantial similarity between the parties' respective songs. Counsel have met and conferred on scheduling and Defendants' counsel has proposed a briefing schedule preceding a hearing noticed for the September 12, 2022, deadline for hearing dispositive motions.

5. Plaintiffs' counsel, however, has advised that they have another hearing in another federal case on September 12, 2022, that one of Plaintiffs' counsel has two federal Court of Appeals briefs due on August 15, 2022, and that another of Plaintiffs' counsel will be intermittently out of the office for two weeks starting August 15, 2022, for medical reasons. Accordingly, the parties jointly propose the following briefing schedule, with the September 12, 2022, dispositive motion deadline extended one

1

week to accommodate that briefing schedule, and with no other changes to the currently scheduled dates:

    (a) Defendants (and Plaintiffs, if they chose to file a dispositive motion) shall file and serve their motion for summary judgment and alternative motion for partial summary judgment by August 8, 2022, noticing it for hearing on September 19, 2022;

    (b) Plaintiffs (and Defendants, if Plaintiffs choose to file a dispositive motion) shall file and serve their opposition papers by August 22, 2022; and

    (c) Defendants (and Plaintiffs, if Plaintiffs choose to file a dispositive motion ) shall file and serve their reply papers by September 5, 2022.

**NOW, THEREFORE,** the parties respectfully request that the Court enter the accompanying proposed Order extending the September 12, 2022, dispositive motion hearing deadline by one week and setting the foregoing briefing schedule.

<u>**SO STIPULATED**</u>

Dated: July 27, 2022

                   /s/ Marina V. Bogorad
                    Gerard P. Fox, Esq.
                   Marina V. Bogorad, Esq.
                     Olga Viner, Esq.
                GERARD FOX LAW P.C.
                  Attorneys for Plaintiffs
        SEAN HALL and NATHAN BUTLER

Dated: July 27, 2022

                    /s/ Peter Anderson
                    Peter Anderson, Esq.
                    Sean M. Sullivan, Esq.
                    Eric H. Lamm, Esq.
             DAVIS WRIGHT TREMAINE LLP
                Attorneys for Defendants
                    TAYLOR SWIFT,
          KARL MARTIN SANDBERG,
     KARL JOHAN SCHUSTER, SONY

(Continued on next page)

|   |   |
|---|---|
| 1 | MUSIC PUBLISHING (US) LLC, |
| 2 | KOBALT MUSIC PUBLISHING AMERICA INC., BIG MACHINE |
| 3 | LABEL GROUP, LLC and UNIVERSAL MUSIC GROUP, INC. |

J. Douglas Baldridge, Esq.
VENABLE LLP
Attorney for Defendant
TAYLOR SWIFT

**Attestation Regarding Signatures**

The undersigned attests that all signatories listed and on whose behalf this filing is submitted concur in this filing's content and have authorized its filing.

Dated: July 27, 2022               /s/ Peter Anderson
                                    Peter Anderson, Esq.

3