1  Peter Anderson, Esq. (Cal. Bar No. 88891)
      peteranderson@dwt.com
2  Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
      seansullivan@dwt.com
3  Eric H. Lamm, Esq. (Cal. Bar No. 324153)
      ericlamm@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5  Los Angeles, California  90017-2566
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendants

8  J. Douglas Baldridge, Esq.
      jbaldridge@venable.com
9  Katherine Wright Morrone, Esq.
      kwmorrone@venable.com
10 VENABLE LLP
   600 Massachusetts Avenue NW
11 Washington, DC 20001
   Telephone: (202) 344-4000
12 Fax: (202) 344-8300

13 Attorney for Defendant
   TAYLOR SWIFT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SEAN HALL, *etc., et al.*, | Case No. 2:17−cv−06882 MWF (ASx) |
| Plaintiffs, | |
| vs. | DEFENDANTS' NOTICE OF SECOND MOTION AND MOTION FOR |
| TAYLOR SWIFT, *etc., et al.*, | SUMMARY JUDGMENT |
| Defendants. | Date: September 19, 2022<br>Time: 10:00 a.m. |

Courtroom of the Honorable
Michael W. Fitzgerald
United States District Judge

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 19, 2022, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled Court located at 350 West 1st Street, Los Angeles, California, defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony Music Publishing (US) LLC, formerly known as Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc. ("Defendants") will move the above-entitled Court, the Honorable Michael W. Fitzgerald, United States District Judge, presiding, for Summary Judgment on the Complaint of plaintiffs Sean Hall and Nathan Butler ("Plaintiffs") and the sole claim of copyright infringement alleged in that Complaint.

This Motion for Summary Judgment is brought pursuant to Federal Rule of Civil Procedure 56 and on the grounds that there is no genuine issue of material fact and Defendants are entitled to judgment as a matter of law because, as stated more fully in the accompanying Memorandum of Points and Authorities:

1. Plaintiffs assigned to their respective music publishers all of Plaintiffs' rights to sue for the alleged infringement of the musical composition copyright in *Playas Gon' Play*, and also assigned to their respective music publishers the copyright infringement claim that Plaintiffs assert in this action. As a result, Plaintiffs lack standing to assert the claim that they assert in this action.

2. Copying is a required element of a copyright infringement claim and Plaintiffs' claim for copyright infringement fails because:

   (a) There is no genuine dispute that *Playas* and *Shake It Off* are not strikingly similar so as to trigger an inference that copying occurred; and

   (b) There is no genuine dispute that the creators of *Shake It Off* did not have access to *Playas*.

1

1         3.     Defendants strenuously deny that any copying occurred, but, in any event, the alleged copying of the idea of using public domain phrases and tautologies to create a new and different work with a different message falls within the fair use doctrine, 17 U.S.C. Section 107.

        This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declarations, and proposed Statement of Uncontroverted Facts and Conclusions of Law, the pleadings and papers on file in this action—including Plaintiffs' August 23, 2021, Statement of Genuine Dispute (Doc. 98-1) filed in opposition to Defendants' first Motion for Summary Judgment and which Statement of Genuine Dispute includes Plaintiffs' admissions that many of the Facts relevant to this Motion are Undisputed, and also including the evidence Defendants submitted to establish those Undisputed Facts—the matters of which this Court may take judicial notice, and such additional matters and oral argument as may be offered in support of this Motion.

        This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 29, 2022.

Dated: August 8, 2022

                                          /s/ Peter Anderson
                                   Peter Anderson, Esq.
                                   Sean M. Sullivan, Esq.
                                   Eric H. Lamm, Esq.
                                  DAVIS WRIGHT TREMAINE LLP
                                  Attorneys for Defendants
                                   TAYLOR SWIFT,
                                   KARL MARTIN SANDBERG,
                                   KARL JOHAN SCHUSTER, SONY MUSIC PUBLISHING (US) LLC, formerly known as Sony/ATV Music Publishing LLC, KOBALT MUSIC PUBLISHING AMERICA INC., BIG MACHINE LABEL GROUP, LLC and UNIVERSAL MUSIC GROUP, INC.

| | |
|---|---|
| 1 | J. Douglas Baldridge, Esq. |
| 2 | Katherine Wright Morrone, Esq |
| 3 | VENABLE LLP |
|   | Attorneys for Defendant TAYLOR SWIFT |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |