| | |
|---|---|
| 1 | Peter Anderson, Esq. (Cal. Bar No. 88891) |
|   | peteranderson@dwt.com |
| 2 | Sean M. Sullivan, Esq. (Cal. Bar No. 229104) |
|   | seansullivan@dwt.com |
| 3 | Eric H. Lamm, Esq. (Cal. Bar No. 324153) |
|   | ericlamm@dwt.com |
| 4 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 5 | Los Angeles, California 90017-2566 |
|   | Telephone: (213) 633-6800 |
| 6 | Fax: (213) 633-6899 |
| 7 | Attorneys for Defendants |
| 8 | J. Douglas Baldridge, Esq. |
|   | jbaldridge@venable.com |
| 9 | Katherine Wright Morrone, Esq. |
|   | kwmorrone@venable.com |
| 10 | VENABLE LLP |
|    | 600 Massachusetts Avenue NW |
| 11 | Washington, DC 20001 |
|    | Telephone: (202) 344-4000 |
| 12 | Fax: (202) 344-8300 |
| 13 | Attorney for Defendant |
|    | TAYLOR SWIFT |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SEAN HALL, *etc., et al.*, | Case No. 2:17−cv−06882 MWF (ASx) |
| Plaintiffs, | |
| vs. | DECLARATION OF TAYLOR SWIFT IN SUPPORT OF DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT |
| TAYLOR SWIFT, *etc., et al.*, | |
| Defendants. | |
| | Date: September 19, 2022 |
| | Time: 10:00 a.m. |
| | Courtroom of the Honorable Michael W. Fitzgerald United States District Judge |

# DECLARATION OF TAYLOR SWIFT

I, Taylor Swift, declare and state:

1. I am over the age of 18 and have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a professional singer, songwriter, and recording artist. Since beginning my recording career, I have released eleven studio albums (including two re-recorded albums) and am honored to have won eleven GRAMMY Awards, an Emmy Award, thirty-four American Music Awards and twenty-nine Billboard Awards, among others.

3. I was born on December 13, 1989, in West Reading, Pennsylvania. My family and I lived in Shillington, Pennsylvania, on a working Christmas Tree Farm in a farmhouse. When I was approximately ten years old, my family moved to a rental house nearby in Wyomissing Hills in Berks County, Pennsylvania, and I was enrolled for fourth grade at Wyomissing Hills Elementary school. I sang all the time as a child and became involved in children's theatre when I was eight years old. I was approximately twelve when I began to write songs and took guitar lessons, and dreamed of becoming a country music songwriter. I lived in Berks County until 2004, when I moved with my family to Hendersonville, Tennessee, to pursue a country music career in nearby Nashville. I attended Hendersonville High School for a year and a half and then switched to home schooling to accommodate my touring and recording schedule.

4. While living in the Shillington and Wyomissing area, I listened to country music almost exclusively, and at the time my biggest influences were country artists like Shania Twain, LeeAnn Rimes, Faith Hill, The Dixie Chicks (now known as The Chicks), Tim McGraw, and many others. In my house, we played CDs and rarely played the radio. I do not recall listening to any specific radio stations during that time, but when I listened to radio it was generally country music. I did not watch the MTV show TRL, and I did not go to clubs during this time. The only concerts I

1

1  went to were for country and folk rock singers, LeAnn Rimes, Billy Gilman and
2  Melissa Etheridge. My parents limited what I could watch and listen to, and did not
3  permit me to watch TRL until I was about 13 years old.

4      5.  My first album, *Taylor Swift*, was recorded in Nashville in 2005 and
5  released in 2006. It consists solely of country music and includes my first hit single,
6  *Tim McGraw*. As my career developed, I began incorporating elements of other
7  musical genres, including pop, into my music.

8      6.  *Shake It Off* is an up-tempo pop song and is the lead single off my fifth
9  studio album, *1989*. It was released as a single in August 2014 and was included on
10 the album *1989*, released in October 2014.

11     7.  I co-wrote *Shake It Off* with Karl Martin Sandberg, professionally known
12 as Max Martin, and Karl Johan Schuster, professionally known as Shellback, at
13 Conway Recording Studios in Los Angeles, in February 2014. We began writing the
14 song after I discussed with Max Martin and Shellback that I wanted to write a song
15 that would help me cope with stresses in my life, and would also double as a song that
16 would make people get up and dance. With that in mind, Shellback created a drum
17 beat and Max Martin, Shellback, and I began collaboratively improvising musical
18 lines to the drum beat. I started improvising lyrics to the music, including lyrics on
19 the idea of "shaking," both in the sense of shaking something off and shaking in terms
20 of dancing.

21     8.  The lyrics to *Shake It Off* were written entirely by me. A true and correct
22 copy of the lyrics to *Shake It Off* is attached to this Declaration as Exhibit 116. *Shake*
23 *It Off* is about independence and "shaking off" negative personal criticism through
24 music and dance. In writing the lyrics, I drew partly on experiences in my life and, in
25 particular, unrelenting public scrutiny of my personal life, "clickbait" reporting,
26 public manipulation, and other forms of negative personal criticism which I learned I
27 just needed to shake off and focus on my music. With *Shake It Off*, I wanted to provide
28 a comedic, empowering approach to helping people feel better about negative

criticism through music, dance, and the personal independence enabling one to just shake off the negative criticism.

9. The lyrics to *Shake It Off* also draw from commonly used phrases and comments heard throughout my life. Prior to writing *Shake It Off*, I had heard the phrases "players gonna play" and "haters gonna hate" uttered countless times to express the idea that one can or should shrug off negativity. I recall hearing phrases about players play and haters hate stated together by other children while attending school in Wyomissing Hills, and in high school in Hendersonville. These phrases were akin to other commonly used sayings like "don't hate the playa, hate the game," "take a chill pill," and "say it, don't spray it." I drew on those commonly used player and hater phrases in creating the lyrics "Cause the players gonna play, play, play, play, play / And the haters gonna hate, hate, hate, hate, hate."

10. I also recall hearing similar player and hater phrases in many songs, films, and other works prior to *Shake It Off*. For example, I was present at the 2013 Country Music Awards and heard Eric Church perform his song *The Outsiders*, which includes the lyric "the player's gonna play and a haters gonna hate".

11. In 2013, approximately a year before I wrote the lyrics to *Shake It Off*, I performed at the Billboard Music Awards wearing a bodysuit that incorporated a t-shirt emblazoned with the phrase "haters gonna hate." A true and correct copy of that t-shirt is attached to this Declaration as Exhibit 117. The t-shirt was purchased from a store, Urban Outfitters. I wore that bodysuit for my performance at the Billboard Music Awards because I was struck by messages that people prone to doing something will do it, and the best way to overcome it is to shrug it off and keep living.

12. I was reminded of these phrases when I began working on *Shake It Off* with Max Martin and Shellback in the studio. I included versions of the players play and haters hate phrases in *Shake It Off* because, as they express resistance to negativity, they further *Shake It Off*'s message of independence and "shaking off"

criticism. I also included these phrases because, musically, they worked well over the beat that we had created.

13. The phrases "Heartbreakers gonna break, break, break, break, break, / And the fakers gonna fake, fake, fake, fake, fake" were included because they also fit the beat of the song, they loosely rhymed with my versions of player and hater phrases discussed above, and because they represented other forms of negativity that a person can "shake off" through music and dance.

14. Until learning about Plaintiffs' claim in 2017, I had never heard the song *Playas Gon' Play* and had never heard of that song or the group 3LW. None of the CDs I listened to as a child, or after that, were by 3LW. I have never heard the song *Playas Gon' Play* on the radio, on television, or in any film. The first time I ever heard the song was after this claim was made. I have never seen a *Playas Gon' Play* music video, never attended any concert where 3LW performed, and never attended any concert where the song *Playas Gon' Play* was performed. I do not own any 3LW albums or singles, or any recording of *Playas Gon' Play*. I do not own and have never listened to the albums *Now That's What I Call Music! 6* or *Now That's What I Call Music! 7*. I did not discuss *Playas Gon' Play* or 3LW with anyone prior to this lawsuit. I have never subscribed to Billboard magazine and had never read anything in the magazine until after I moved to Nashville and became immersed in the music business.

15. I do not recall ever meeting Sean Hall or Nathan Butler.

16. I can and do confirm that *Shake It Off* was composed independently of *Playas Gon' Play*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2022.

TAYLOR SWIFT

4