# EXHIBIT 117



EXHIBIT 117 - 8

D-000784