1  Peter Anderson, Esq. (Cal. Bar No. 88891)
       peteranderson@dwt.com
2  Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
       seansullivan@dwt.com
3  Eric H. Lamm, Esq. (Cal. Bar No. 324153)
       ericlamm@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5  Los Angeles, California  90017-2566
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendants

8  J. Douglas Baldridge, Esq.
       jbaldridge@venable.com
9  Katherine Wright Morrone, Esq.
       kwmorrone@venable.com
10 VENABLE LLP
   600 Massachusetts Avenue NW
11 Washington, DC 20001
   Telephone: (202) 344-4000
12 Fax: (202) 344-8300

13 Attorney for Defendant
   TAYLOR SWIFT

14

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17                     **WESTERN DIVISION**

| | |
|---|---|
| 18  SEAN HALL, *etc., et al.*, | ) Case No. 2:17−cv−06882 MWF (ASx) |
| 19           Plaintiffs, | ) |
| 20           vs. | ) DECLARATION OF ANDREA F. |
| 21  TAYLOR SWIFT, *etc., et al.*, | ) SWIFT IN SUPPORT OF DEFENDANTS' SECOND MOTION |
| 22           Defendants. | ) AND MOTION FOR SUMMARY JUDGMENT |
| 23 | ) |
| 24 | ) Date: September 19, 2022  Time: 10:00 a.m. |

25
26                           Courtroom of the Honorable
                              Michael W. Fitzgerald
27                           United States District Judge

28

## DECLARATION OF ANDREA F. SWIFT

I, Andrea Swift, declare and state:

1. I am over the age of 18 and have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am Taylor Swift's mother.

3. Taylor was born on December 13, 1989, in West Reading, Pennsylvania. In 1999, we moved to Wyomissing Hills, Pennsylvania. I did not work outside the home during Taylor's childhood and have direct, personal knowledge of the music to which she was exposed growing up.

4. When Taylor was young, I carefully monitored both the television she watched and the music she heard. In our household, we did not watch much television at all due to the fact that my children were very busy with school and extracurricular activities. Taylor was very busy with homework, Children's Theatre rehearsals a few times a week after school as well as voice, dance and instrument lessons. We also generally did not listen to radio and, when we did, during the time range when Taylor was 11 years old, we did not listen to stations that broadcast alternative, rap, heavy metal, hip hop, folk, R&B, classical or pop music. I did not allow Taylor to watch the MTV channel or any music video channels until she was roughly thirteen or fourteen, as I felt that some of the content was not age appropriate for my children. From an early age, Taylor loved country music and we all listened to it. Even when we were in the car, traveling or driving locally, we listened to CDs of country artists or watched VCR movies on longer trips. Taylor was very active in musical theatre and had lead roles in shows like Grease, Bye Bye Birdie and The Sound of Music. She usually spent time in the car rehearsing her songs for these productions

5. Our only computer in the house was a home computer that was shared by the four of us in the family and was primarily used to help with homework projects. It was located in our kitchen where I was preparing meals and helping with homework after school at the kitchen table. The computer was not used to surf the internet, nor

1

to play any music of any kind. Taylor did not have access to a computer anywhere else.

6. I bought Taylor her first CD when she was six years old. It was LeAnn Rimes, a country singer who was fourteen years old at the time, and Taylor became a huge fan and wrote her a letter. I took Taylor to see LeAnn in concert when Taylor was seven years old. When Taylor was ten years old she wanted to attend a concert by a then-twelve-year-old country singer named Billy Gilman, so I bought tickets to his theater show. Taylor did not attend any other concerts until she was twelve and had started to play guitar, and I took her to see Melissa Etheridge  Taylor was not allowed in any clubs as a child and attended no other concerts before these.

7. Taylor did not attend sleepovers at friends' houses as a young girl because we lived on a farm until she was ten years old and I always preferred having friends come over to our home.

8. The summer that Taylor was approximately thirteen years old was when she started watching music video channels for the first time and listening to pop music. Even then, she listened or watched sparingly because of her ever-demanding rehearsal schedules since by this time she was performing at fairs, festivals and singing anthems at places like the US Open and a 76ers game.

9. Until learning about Plaintiffs' claim, I had never heard the song *Playas Gon' Play* and had never heard of that song or the group 3LW.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 5, 2022.

_____
ANDREA F. SWIFT

2