1  Peter Anderson, Esq. (Cal. Bar No. 88891)
       peteranderson@dwt.com
2  Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
       seansullivan@dwt.com
3  Eric H. Lamm, Esq. (Cal. Bar No. 324153)
       ericlamm@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5  Los Angeles, California  90017-2566
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendants

8  J. Douglas Baldridge, Esq.
       jbaldridge@venable.com
9  Katherine Wright Morrone, Esq.
       kwmorrone@venable.com
10 VENABLE LLP
   600 Massachusetts Avenue NW
11 Washington, DC 20001
   Telephone: (202) 344-4000
12 Fax: (202) 344-8300

13 Attorney for Defendant
   TAYLOR SWIFT
14

15                    **UNITED STATES DISTRICT COURT**

16                    **CENTRAL DISTRICT OF CALIFORNIA**

17                              **WESTERN DIVISION**

18 SEAN HALL, *etc., et al.*,              ) Case No. 2:17−cv−06882 MWF (ASx)
                                           )
19           Plaintiffs,                   )
                                           ) DECLARATION OF KARL MARTIN
20      vs.                                ) SANDBERG IN SUPPORT OF
                                           ) DEFENDANTS' SECOND MOTION
21 TAYLOR SWIFT, *etc., et al.*,           ) FOR SUMMARY JUDGMENT
                                           )
22           Defendants.                   )
                                           ) Date: September 19, 2022
23                                         ) Time: 10:00 a.m.
                                           )
24

25                                         Courtroom of the Honorable
                                              Michael W. Fitzgerald
26                                          United States District Judge

27

28

## DECLARATION OF KARL MARTIN SANDBERG

I, Karl Martin Sandberg, professionally known as Max Martin, declare and state:

1. I am over the age of 18 and have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a professional record producer and songwriter. I have written and produced for many artists, including Taylor Swift, Katy Perry, The Weeknd, and others. To date, I have written or co-written 25 number-one hit songs, most of which I also produced or co-produced. I have won five GRAMMY Awards, been nominated for many others, and have won the ASCAP Songwriter of the Year Award eleven times.

3. I was born and raised in Stenhamra, Ekerö Municipality, Stockholm County, Sweden. I have lived primarily in Sweden all my life, until 2011, when I purchased a second residence in Los Angeles. I now reside in Stockholm and Los Angeles.

4. I began my music career in the 1980s, when I joined a heavy rock band based in Sweden called It's Alive. During this time, my primary musical interests were rock bands like Kiss, Metallica, and Def Leopard.

5. In or around 1992 or 1993, I left It's Alive to begin writing songs with producer Denniz PoP for the Stockholm-based record label Cheiron Records. I worked at Cheiron until around 2000, then co-founded a new music production company called Maratone, which was also based in Stockholm. In 2011, I began my own production company, MXM Music AB.

6. While at Cheiron Records and Maratone in the late 1990s and early 2000s, I wrote, co-wrote, and co-produced songs for several successful Swedish artists, as well as American pop artists like Britney Spears, Backstreet Boys, and Kelly Clarkson. The writing and production of these songs took place in Sweden. I did not work with any R&B or rap artists during this period.

7. In the late 1990s, early 2000s, and even to this day, I rarely listened to other artists' music. Instead, I prefer to listen to and continue to develop my own music. When I choose to listen to other music, I listen to rock music as I have since the beginning of my career, and to jazz, but not to pop or R&B music.

8. I rarely listened to radio at any point in my career. I also rarely attended live concerts at any point my career. To the limited extent that I listened to radio in the early 2000s, I recall listening only to the Swedish national radio stations, as I lived in Stockholm at the time, and it featured Swedish singers and bands.

9. While I wrote or co-wrote many songs that were featured on the MTV show TRL, I never regularly watched that show. As I recall, I watched TRL only once and then only because that particular broadcast featured a recording artist's performance of a song I had produced. I have also never subscribed to or read Billboard Magazine.

10. I first met defendant Karl Johan Schuster, professionally known as Shellback, around 2001. At the time, Shellback was a heavy rock and metal musician. In 2006, I invited Shellback to work with me, and he joined Maratone as a songwriter and producer in 2007.

11. Shellback and I first met and collaborated with Taylor Swift on Swift's hit song *We Are Never Getting Back Together*, from Ms. Swift's 2012 album *Red*. In 2014, Shellback and I produced and co-wrote music on Ms. Swift's next album, *1989*, including the song *Shake It Off*.

12. Shellback, Ms. Swift, and I collaboratively wrote *Shake It Off* in February 2014 at Conway Recording Studios in Los Angeles, California. I did not listen to any other music or do anything else to prepare for this writing session. After Ms. Swift explained her general idea for the song, Shellback started out with a drumbeat. Shellback, Ms. Swift, and I then collaboratively developed the melody and other musical lines of *Shake It Off* to Shellback's drumbeat.

///

2

13. I did not write or provide any input into any lyrics in *Shake It Off*, which were written entirely by Ms. Swift.

14. Until learning about this lawsuit, I had never heard of the song *Playas Gon' Play* or the group 3LW. I never heard *Playas Gon' Play* on the radio or on television, nor did I ever attend a 3LW concert or any other concert including the song *Playas Gon' Play*. I do not own any 3LW album, the album *Now That's What I Call Music! 7*, or any other album including *Playas Gon' Play*. I did not discuss *Playas Gon' Play* or 3LW with any other person prior to this lawsuit. I am not familiar with a store or chain of stores called Wet Seal.

15. I do not recall ever meeting plaintiffs Sean Hall. In or around 2010, I received a few emails and text messages from Mr. Hall asking me to listen to a song called *Psycho*, which he claimed to have written. I did not listen to that song or respond to any of Mr. Hall's messages. I have never met or heard of plaintiff Nathan Butler prior to this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2022.

_____
KARL MARTIN SANDBERG

3