| | |
|---|---|
| 1 | Peter Anderson, Esq. (Cal. Bar No. 88891) |
| | peteranderson@dwt.com |
| 2 | Sean M. Sullivan, Esq. (Cal. Bar No. 229104) |
| | seansullivan@dwt.com |
| 3 | Eric H. Lamm, Esq. (Cal. Bar No. 324153) |
| | ericlamm@dwt.com |
| 4 | DAVIS WRIGHT TREMAINE LLP |
| | 865 South Figueroa Street, 24th Floor |
| 5 | Los Angeles, California  90017-2566 |
| | Telephone: (213) 633-6800 |
| 6 | Fax: (213) 633-6899 |
| 7 | Attorneys for Defendants |
| 8 | J. Douglas Baldridge, Esq. |
| | jbaldridge@venable.com |
| 9 | Katherine Wright Morrone, Esq. |
| | kwmorrone@venable.com |
| 10 | VENABLE LLP |
| | 600 Massachusetts Avenue NW |
| 11 | Washington, DC 20001 |
| | Telephone: (202) 344-4000 |
| 12 | Fax: (202) 344-8300 |
| 13 | Attorney for Defendant |
| | TAYLOR SWIFT |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SEAN HALL, *etc., et al.*, | ) Case No. 2:17−cv−06882 MWF (ASx) |
| Plaintiffs, | ) |
| vs. | ) DECLARATION OF KARL JOHAN SCHUSTER IN SUPPORT OF DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT |
| TAYLOR SWIFT, *etc., et al.*, | ) |
| Defendants. | ) Date: September 19, 2022 |
| | ) Time: 10:00 a.m. |

Courtroom of the Honorable
Michael W. Fitzgerald
United States District Judge

## **DECLARATION OF KARL JOHAN SCHUSTER**

I, Karl Johan Schuster, professionally known as Shellback, declare and state:

1. I am over the age of 18 and have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am a professional record producer, songwriter, and multi-instrumentalist. I have written and produced for many artists, including Pink, Taylor Swift, Adam Lambert, Britney Spears, Ariana Grande, Adele, Maroon 5, and others. To date, I have written or co-written ten number-one hit songs, many of which I also produced or co-produced, and have won four Grammy Awards, among other awards.

3. I was born on February 1, 1985 in Karlshamn, Sweden, where I was raised. I have resided in Sweden my entire life.

4. I have played music since I was a child, starting to play drums when I was four years old and starting to take lessons when I was in fourth grade. As I got older, my interests were in heavy metal and rock and, beginning when I was 18 years old and until 2007, I was in heavy metal bands in Karlshamn. I did not listen to or follow pop or R&B, and other than listening to some Snoop Dogg and Cypress Hills songs I also did not listen to or follow rap music.

5. I first met defendant Karl Martin Sandberg, professionally known as Max Martin through a mutual friend in 2001, and we had mutual interests in heavy rock music. In 2006, Max invited me to record with him, and I joined Maratone as a producer and songwriter in 2007. I began writing and producing pop music at that time. However, I still did not listen to pop, R&B, or rap music.

6. I did not listen to radio growing up in Sweden or in the early 2000s. I also did not go to clubs or concerts, as I was too young.

7. I never watched TRL and, prior to this lawsuit, I had never heard of it. I have never subscribed to or read Billboard Magazine.

8. Max Martin and I first met and collaborated with Taylor Swift on the hit song *We Are Never Getting Back Together*, from Ms. Swift's album *Red*. In 2014,

Max Martin and I produced and co-wrote music on Ms. Swift's next album, *1989*, including the song *Shake It Off*.

9. Max Martin, Taylor Swift, and I collaboratively wrote *Shake It Off* in February 2014, at Conway Recording Studios in Los Angeles, California. I did not listen to any other music or do anything else to prepare for this writing session. Early in the session, I created a drumbeat, which she and Max Martin liked, and each of us made contributions in creating melodies and other musical lines of *Shake It Off*.

10. I did not create any of the lyrics in *Shake It Off*, which were written entirely by Taylor Swift.

11. I have heard player and hater phrases on television comedy shows, including one featuring the comedian David Chappelle.

12. Until learning about this lawsuit, I had never heard of the song *Playas Gon' Play* or the group 3LW. I never heard *Playas Gon' Play* on the radio or on television, nor did I ever attend a 3LW concert or any other concert including the song *Playas Gon' Play*. I do not own any 3LW album, the album *Now That's What I Call Music! 7*, or any other album including *Playas Gon' Play*. I did not discuss *Playas Gon' Play* or 3LW with any other person prior to this lawsuit. I am not familiar with a store or chain of stores called Wet Seal.

13. I have never met or heard of plaintiffs Sean Hall or Nathan Butler prior to this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 8/8, 2022.



KARL JOHAN SCHUSTER

2