1  Peter Anderson, Esq. (Cal. Bar No. 88891)
       peteranderson@dwt.com
2  Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
       seansullivan@dwt.com
3  Eric H. Lamm, Esq. (Cal. Bar No. 324153)
       ericlamm@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5  Los Angeles, California  90017-2566
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendants

8  J. Douglas Baldridge, Esq.
       jbaldridge@venable.com
9  Katherine Wright Morrone, Esq.
       kwmorrone@venable.com
10 VENABLE LLP
   600 Massachusetts Avenue NW
11 Washington, DC 20001
   Telephone: (202) 344-4000
12 Fax: (202) 344-8300

13 Attorney for Defendant
   TAYLOR SWIFT

14

15 **UNITED STATES DISTRICT COURT**

16 **CENTRAL DISTRICT OF CALIFORNIA**

17 **WESTERN DIVISION**

| | |
|---|---|
| 18  SEAN HALL, *etc., et al.*, | ) Case No. 2:17−cv−06882 MWF (ASx) |
| 19       Plaintiffs, | ) |
| 20       vs. | ) DEFENDANTS' NOTICE OF MOTION |
|  |  ) AND MOTION FOR PARTIAL |
| 21  TAYLOR SWIFT, *etc., et al.*, | ) SUMMARY JUDGMENT |
| 22       Defendants. | ) |
| 23  | ) Date: September 19, 2022 |
|  |  ) Time: 10:00 a.m. |

24

25                                    Courtroom of the Honorable
                                      Michael W. Fitzgerald
26                                    United States District Judge

27

28

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 19, 2022, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled Court located at 350 West 1st Street, Los Angeles, California, defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony Music Publishing (US) LLC, formerly known as Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc. ("Defendants") will move the above-entitled Court, the Honorable Michael W. Fitzgerald, United States District Judge, presiding, for Partial Summary Judgment on the Complaint of plaintiffs Sean Hall and Nathan Butler ("Plaintiffs") and the sole claim of copyright infringement alleged in that Complaint.

This Motion for Partial Summary Judgment is brought pursuant to Federal Rule of Civil Procedure 56 and on the grounds that there is no genuine dispute of material fact that:

1. Defendant Universal Music Group, Inc., has no rights or interests in the allegedly infringing work and has not reproduced it, prepared derivative works based upon it, or publicly distributed, performed, or displayed it, or authorized any of the foregoing activities. As a result, there is no genuine dispute that it has not infringed the claimed copyright.

2. Plaintiff Sean Hall assigned away all but 16 2/3%, and Plaintiff Nathan Butler assigned away all but 25%, of the allegedly infringed musical composition copyright. As a result, they are limited to 41 2/3% of any recovery.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declarations, and proposed Statement of Uncontroverted Facts and Conclusions of Law, the pleadings and papers on file in this

///

action, the matters of which this Court may take judicial notice, and such additional matters and oral argument as may be offered in support of this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 29, 2022.

Dated: August 8, 2022

/s/ Peter Anderson
Peter Anderson, Esq.
Sean M. Sullivan, Esq.
Eric H. Lamm, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
TAYLOR SWIFT,
KARL MARTIN SANDBERG,
KARL JOHAN SCHUSTER, SONY MUSIC PUBLISHING (US) LLC, formerly known as Sony/ATV Music Publishing LLC, KOBALT MUSIC PUBLISHING AMERICA INC., BIG MACHINE LABEL GROUP, LLC and UNIVERSAL MUSIC GROUP, INC.

J. Douglas Baldridge, Esq.
Katherine Wright Morrone, Esq
VENABLE LLP
Attorneys for Defendant
TAYLOR SWIFT