1
2
3
4
5
6
7              **UNITED STATES DISTRICT COURT**
8              **CENTRAL DISTRICT OF CALIFORNIA**
9                     **WESTERN DIVISION**

10  SEAN HALL, *etc., et al.*,           ) Case No. 2:17−cv−06882 MWF (ASx)
11         Plaintiffs,                    )
                                          )
12         vs.                            ) [*PROPOSED*] ORDER GRANTING
                                          ) DEFENDANTS' MOTION FOR
13  TAYLOR SWIFT, *etc., et al.*,        ) PARTIAL SUMMARY JUDGMENT
                                          )
14         Defendants.                    )
                                          ) Date: September 19, 2022
15                                        ) Time: 10:00 a.m.
                                          )
16
17                                        Courtroom of the Honorable
                                          Michael W. Fitzgerald
18                                        United States District Judge
19
20
21
22
23
24
25
26
27
28

# ORDER

The alternative Motion of defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony Music Publishing (US) LLC, formerly known as Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC and Universal Music Group, Inc. ("Defendants") for Partial Summary Judgment having come on regularly before this Court, Honorable Michael W. Fitzgerald, United States District Judge, presiding, on September 19, 2022, and the Court having considered Defendants' Motion, Plaintiffs' Opposition, Defendants' Reply, and the evidence and the arguments presented, and the Court having entered its Statement of Uncontroverted Facts and Conclusions of Law,

**IT IS HEREBY ORDERED** that Defendants' alternative Motion for Partial Summary Judgment be and hereby is **GRANTED** and that the following is deemed established in this action:

1. There is no merit to Plaintiffs' claim in this action against defendant Universal Music Group, Inc., and that Defendant is entitled to Judgment in its favor.

2. Plaintiff Sean Hall assigned away all but 16 2/3% of the allegedly infringed musical composition copyright and, as a result, he may not recover more that 16 2/3% of any and all recoveries by Plaintiffs in this action.

3. Plaintiff Nathan Butler assigned away all but 25% of the allegedly infringed musical composition copyright and, as a result, he may not recover more than 25% of any and all recoveries by Plaintiffs in this action.

Dated: _____
The Honorable Michael W. Fitzgerald
United States District Judge

1