GERARD FOX LAW P.C.
Gerard P. Fox (SBN 151649)
Marina V. Bogorad (SBN 21754)
mbogorad@gerardfoxlaw.com
Olga Viner (SBN 282423)
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447
Attorneys for Plaintiffs

Peter Anderson, Esq. (Cal. Bar No. 88891)
    peteranderson@dwt.com
Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
    seansullivan@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
    ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899
Attorneys for Defendants

J. Douglas Baldridge, Esq.
    jbaldridge@venable.com
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4000
Fax: (202) 344-8300
Attorney for Defendant
TAYLOR SWIFT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SEAN HALL, *etc., et al.*, | Case No. 2:17−cv−06882 MWF (ASx) |
| Plaintiffs, | |
| vs. | STIPULATION TO ORDER AMENDING SCHEDULED DATES AND BRIEFING SCHEDULES |
| TAYLOR SWIFT, *etc., et al.*, | |
| Defendants. | ([*Proposed*] Order Submitted Herewith) |

# STIPULATION

Plaintiffs Sean Hall and Nathan Butler, on the one hand ("Plaintiffs"), and defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony Music Publishing (US) LLC, formerly known as Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc., on the other hand ("Defendants"), by and through their respective attorneys of record, enter into this Stipulation with respect to the following facts:

1. In their Complaint, Plaintiffs assert a claim for copyright infringement.

2. The scheduled dates in this action have previously been amended to accommodate the parties' Stipulation to early expert discovery as to the copyright infringement extrinsic test (Docs. 86 and 87), for COVID-related reasons (Docs. 96 and 97), because of the then-pending motion for summary judgement as to the extrinsic test (Docs. 102 and 103), for certain health-related reasons as well as the intervening holidays (Docs. 109 and 110), due to discovery and expert scheduling issues (Docs. 115, 116, 119, and 120), and in connection with the setting of a summary judgment briefing schedule (Docs. 126 and 127).

3. Defendants timely filed their Motions for Summary Judgment and Partial Summary Judgment (Docs. 134 and 135), and Plaintiffs' Opposition is presently due on August 22, 2022.

4. Pursuant to Local Rule 7-3, counsel have conferred regarding the motion that Defendants intend to file on August 22, 2022, for an Order excluding two of Plaintiffs' expert witnesses, and limiting the testimony and reports of Plaintiffs' third expert witness, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrill Dow Pharmaceuticals,* 509 U.S. 579 (1993) and its progeny. Pursuant to the Local Rule's briefing schedule, Plaintiffs' Opposition to that Motion will be due on August 29, 2022.

5. However, Plaintiffs' counsel advise that one of the two Plaintiffs' counsel primarily responsible in this action is presently intermittently out of the office

1  for medical reasons until at least September 1, 2022.  In addition, the second Plaintiffs' counsel primarily responsible in this action anticipates needing time to deal with a family emergency over the next few days and general limited availability in the forthcoming weeks due to bearing the sole responsibility for dispositive briefs in several other matters, including an opening brief on appeal.

6. In light of the foregoing, Plaintiffs' counsel has requested that Defendants agree to additional time for Plaintiffs to complete their Opposition to Defendants' pending Motions for Summary Judgment and Partial Summary Judgment, and that Defendants agree to postpone by two weeks the filing of their Motion to exclude expert witnesses, and agree to a briefing schedule on that Motion.

7. Counsel agree that these requests cannot be accommodated unless the other upcoming scheduled dates are extended, and to that end jointly propose the extended dates and briefing schedules set out in the accompanying proposed Order.

8. The extension of those dates is not sought for the purpose of delay but only to respond to the scheduling issues that Plaintiffs' counsel have raised.

9. The proposed Order does not alter the briefing deadlines or noticed hearing date of Plaintiffs' pending Motion to reopen fact discovery (Doc. 136), which Defendants oppose.

**NOW, THEREFORE,** the parties respectfully request that the Court enter the accompanying proposed Order amending the currently scheduled dates and briefing schedules.

**SO STIPULATED**

Dated: August 18, 2022

    /s/ Marina V. Bogorad
Gerard P. Fox, Esq.
Marina V. Bogorad, Esq.
Olga Viner, Esq.
GERARD FOX LAW P.C.
Attorneys for Plaintiffs
SEAN HALL and NATHAN BUTLER

Dated: August 18, 2022

/s/ Peter Anderson
Peter Anderson, Esq.
Sean M. Sullivan, Esq.
Eric H. Lamm, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
TAYLOR SWIFT,
KARL MARTIN SANDBERG,
KARL JOHAN SCHUSTER, SONY
MUSIC PUBLISHING (US) LLC,
KOBALT MUSIC PUBLISHING
AMERICA INC., BIG MACHINE
LABEL GROUP, LLC and
UNIVERSAL MUSIC GROUP, INC.

J. Douglas Baldridge, Esq.
VENABLE LLP
Attorney for Defendant
TAYLOR SWIFT

**<u>Attestation Regarding Signatures</u>**

The undersigned attests that all signatories listed and on whose behalf this filing is submitted concur in this filing's content and have authorized its filing.

Dated: August 18, 2022

/s/ Peter Anderson
Peter Anderson, Esq.