1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                    **CENTRAL DISTRICT OF CALIFORNIA**
9                           **WESTERN DIVISION**

10   SEAN HALL, *et al.*,              ) Case No. 2:17−cv−06882 MWF (ASx)
11              Plaintiffs,             )
                                        ) [*PROPOSED*] ORDER AMENDING
12        vs.                           ) SCHEDULED DATES AND BRIEFING
                                        ) SCHEDULES
13   TAYLOR SWIFT, *et al.*,            )
14              Defendants.             )
15                                      )
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

The Court having received and considered the Stipulation of plaintiffs Sean Hall and Nathan Butler, on the one hand ("Plaintiffs"), and defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony Music Publishing (US) LLC, formerly known as Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc., on the other hand ("Defendants"), and for good cause shown:

**IT IS HEREBY ORDERED** that the following dates scheduled by this Court's Order Amending Scheduled Dates (Doc. 120) and Order Setting Briefing Schedule *etc.* (Doc.126) be and hereby are extended as follows:

| | Current Date | New Date |
|---|---|---|
| Opposition to Defendants' Pending Rule 56 Motions due | August 22, 2022 | August 29, 2022 |
| Reply in support of Defendants' Pending Rule 56 Motions due | September 6, 2022 | September 19, 2022 |
| Last Day to Hear Dispositive Motions | September 19, 2022 | October 3, 2022 |
| Last Day to File *Daubert* Motions | | September 5, 2022 |
| Opposition to *Daubert* Motions Due | | September 19, 2022 |
| Reply in support of *Daubert* Motions Due | | October 3, 2022 |
| Last Day to Hear *Daubert* Motions | | October 17, 2022 |
| Last Day to Conduct ADR Proceeding | September 30, 2022 | November 22, 2022 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | October 3, 2022 | November 22, 2022 |

1

|  | Current Date | New Date |
|---|---|---|
| Lodge Pretrial Conference Order, File agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Interrogatories and Verdict Forms, and file oppositions | October 10, 2022 | December 5, 2022 |
| Final Pretrial Conference and Hearing on Motions in Limine | October 24, 2022 | December 19, 2022 |
| Trial Date (Est. 5 to 7 Days) | November 15, 2022 | January 17, 2023 |

Dated: _____

The Honorable Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE