1  Peter Anderson, Esq. (Cal. Bar No. 88891)
    peteranderson@dwt.com
2  Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
    seansullivan@dwt.com
3  Eric H. Lamm, Esq. (Cal. Bar No. 324153)
    ericlamm@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendants

8  J. Douglas Baldridge, Esq.
    jbaldridge@venable.com
9  Katherine Wright Morrone, Esq.
    kwmorrone@venable.com
10 VENABLE LLP
   600 Massachusetts Avenue NW
11 Washington, DC 20001
   Telephone: (202) 344-4000
12 Fax: (202) 344-8300

13 Attorneys for Defendant
   TAYLOR SWIFT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SEAN HALL, *etc., et al.*, | Case No. 2:17−cv−06882 MWF (ASx) |
|     Plaintiffs, | |
| vs. | DECLARATION OF PETER ANDERSON IN SUPPORT OF MOTION FOR ORDER EXCLUDING PLAINTIFFS' EXPERT REPORTS, OPINIONS, AND TESTIMONY |
| TAYLOR SWIFT, *etc., et al.*, | |
|     Defendants. | |
| | Date: October 24, 2022<br>Time: 10:00 a.m. |

Courtroom of the Honorable
Michael W. Fitzgerald
United States District Judge

# DECLARATION OF PETER ANDERSON

I, Peter Anderson, declare and state:

1. I am an attorney admitted to practice before this Court and all Courts of the State of California and a partner in the law firm, Davis Wright Tremaine LLP. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I represent defendants Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony Music Publishing (US) LLC, formerly known as Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc. ("Defendants") in this action. This Declaration is submitted in support of their Motion for an Order excluding the expert reports, opinions, and testimony of Plaintiffs' experts.

3. Attached to this Declaration as Exhibit 1 is a true and correct copy of the initial Report by Bob Kohn in this action.

4. On August 4, 2022, I took the deposition of Mr. Kohn in this action. As of the date of this Declaration, I have received no corrections to the transcript of that deposition. Attached to this Declaration as Exhibit 2 are true and correct copies of pages from the transcript of Mr. Kohn's deposition and which contain the testimony cited in support of Defendants' Motion.

5. Attached to this Declaration as Exhibit 3 is a true and correct copy of the Rebuttal Report by Mr. Kohn.

6. Attached to this Declaration as Exhibit 4 is a true and correct copy of Barry Massarsky's May 24, 2022, Report, from which confidential financial information has been redacted and the CONFIDENTIAL designation under the Stipulated Protective Order in this action withdrawn as to this redacted copy, only.

7. Attached to this Declaration as Exhibit 5 is a true and correct copy of Prof. Nathaniel Lewis' May 25, 2022, Supplemental Report.

///

1

8. Attached to this Declaration as Exhibit 6 is a true and correct copy of Jim Parham's May 24, 2022, Report.

9. Attached to this Declaration as Exhibit 7 is a true and correct copy of Mr. Parham's July 7, 2022, Rebuttal Report.

10. On June 2, 2021, I took the deposition of Plaintiffs' designated expert as to the extrinsic test, Prof. Loren Kajikawa. Attached to this Declaration as Exhibit 8 are true and correct copies of pages from the transcript of Prof. Kajikawa's 2021 deposition and which contain the testimony cited in support of Defendants' Motion.

11. This year, Plaintiffs also provided a report and three rebuttal reports from Prof. Kajikawa.

(a) Attached to this Declaration as Exhibit 9 is a true and correct copy of Prof. Kajikawa's May 25, 2022, Report.

(b) Attached to this Declaration as Exhibit 10 is a true and correct copy of Prof. Kajikawa's July 8, 2022, Rebuttal Report directed to Mr. Massarsky's initial Report.

(c) Attached to this Declaration as Exhibit 11 is a true and correct copy of Prof. Kajikawa's July 8, 2022, Rebuttal Report directed to Prof. Lewis' Supplemental Report.

(d) Attached to this Declaration as Exhibit 12 is a true and correct copy of Prof. Kajikawa's July 8, 2022, Rebuttal Report directed to Mr. Parham's Report.

12. Defendants took a second deposition of Prof. Kajikawa on July 26, 2022. Prof. Kajikawa requested the opportunity to review the transcript of his deposition but as of the filing of this Declaration we have received no changes or corrections to that transcript. Attached to this Declaration as Exhibit 13 are true and correct copies of pages from the transcript of Prof. Kajikawa's 2022 deposition and which contain the testimony cited in support of Defendants' Motion.

///

13. On August 5, 2022, I took the deposition of Juli Saitz. Ms. Saitz requested the opportunity to review the transcript of her deposition but as of the filing of this Declaration I have received no changes or corrections to that transcript. Attached to this Declaration as Exhibit 14 are true and correct copies of pages from the transcript of Ms. Saitz's deposition and which contain the testimony cited in support of Defendants' Motion.

14. The attached deposition testimony of Ms. Saitz identifies the two issues that are the subject of Defendants' Motion as to Ms. Saitz, namely (1) that she opines taxes are not deductible in the calculation of profits under 17 U.S.C. Section 504(b) and (2) that she admitted her Rebuttal Report directed to Mr. Massarsky incorrectly assumed he was opining as to the amount of Defendants' *Shake It Off* profits rather than a percentage-based analysis. As a result, there does not appear to be a need to attach her Report and Rebuttal Reports themselves, which also contain extensive confidential financial information. However, as an example of her Report's reference to the first issue, attached to this Declaration as Exhibit 15 is a true and correct copy of a redacted excerpt of Ms. Saitz's May 24, 2022, Initial Report, in which she opines that a Defendant should not be allowed to deduct taxes. If the Court prefers, we of course will file the Report and Rebuttal Report under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 5, 2022.

                                                               /s/ Peter Anderson
                                                              PETER ANDERSON