GERARD FOX LAW P.C.
Gerard P. Fox (SBN 151649)
gfox@gerardfoxlaw.com
Marina V. Bogorad (SBN 217524)
mbogorad@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447

*Attorneys for Plaintiffs*
SEAN HALL D.B.A. GIMME SOME HOT SAUCE MUSIC AND NATHAN BUTLER D.B.A. FAITH FORCE MUSIC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN HALL d.b.a. GIMME SOME HOT SAUCE MUSIC, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR SWIFT, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-06882 MWF (ASx)<br><br>**DECLARATION OF GERARD P. FOX IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT REPORTS, OPINIONS, AND TESTIMONY**<br><br>Date:   October 24, 2022<br>Time:   10:00 a.m.<br>Ctrm.:   5A<br>Judge:  Hon. Michael W. Fitzgerald |

**DECLARATION OF GERARD P. FOX**

I, Gerard P. Fox, declare and state as follows:

1. I am an attorney admitted to practice before this Court and all Courts of the State of California and a partner in the law firm, Gerard Fox Law, P.C., counsel of record for Plaintiffs Sean Hall d.b.a. Gimme Some Hot Sauce Music and Nathan Butler d.b.a. Faith Force Music (collectively, "Plaintiffs") in this action. This Declaration is submitted in support of their Opposition to Defendants' Taylor Swift, Karl Marin Sandberg, Karl Johan Schuster, Sony Music Publishing (US) LLC, formerly known as Sony/ATV Music Publishing LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc. (collectively, "Defendants") Motion to Exclude Plaintiffs' Expert Reports, Opinions, and Testimony (the "Motion"). I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. Counsel for Defendants and I stipulated to early expert discovery as to the copyright infringement extrinsic test and the Court entered its Order (Dkt. No. 87) providing for that early discovery. In the course of that phase, Plaintiffs designated Prof. Loren Kajikawa as their expert on the extrinsic test. Defendants designated Dr. Lawrence Ferrara, Prof. Marcyliena Morgan, and Prof. Nathaniel Lewis as their experts as to the extrinsic test.

3. In the course of that phase, Plaintiffs provided a report and rebuttal reports from Prof Kajikawa and Defendants took his deposition. Attached to this Declaration as **Exhibit 1** is a true and correct copy of Prof. Kajikawa's initial expert report, dated April 30, 2021. Attached to this Declaration as **Exhibit 2** is a true and correct copy of Prof. Kajikawa's rebuttal to Prof. Lewis' report, dated April 30, 2021. Attached to this Declaration as **Exhibit 3** are true and correct copies of the stenographic transcript of Prof. Kajikawa's 2021 deposition and which contain the testimony cited in support of Plaintiffs' Opposition to the Motion.

4. In the course the parties' early expert discovery phase, Defendants provided a report and expert report from Prof. Lewis. Attached to this Declaration as **Exhibit 4** is a true and correct copy of Prof. Lewis' initial report, dated April 30, 2021.

5. This year, Plaintiffs designated Bob Kohn as their expert on apportionment. Attached to this Declaration as **Exhibit 5** are true and correct copies of the stenographic transcript of Mr. Kohn's deposition and which contain the testimony cited in support of Plaintiffs' Opposition to the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2022.

/s/ *Gerard P. Fox*
GERARD P. FOX