UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 17-6882-MWF (ASx) | **Date:** September 29, 2022 |
| **Title:** Sean Hall et al. v. Taylor Swift et al. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER DENYING DEFENDANTS' MOTION TO AMEND OR RECONSIDER SUMMARY JUDGMENT RULING [108]

For the reasons stated on the record on September 12, 2022, Defendants' Motion to Amend or Reconsider Summary Judgment Ruling (Docket No. 108) is DENIED.

IT IS SO ORDERED.