UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-06882-MWF (ASx)**                                  Dated: **October 4, 2022**

Title:   **SEAN HALL et al. -v- TAYLOR SWIFT, et al.**

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Damon Berry | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| Olga Viner | Peter J. Anderson |
| Marina Vladimir Bogorad | |

**PROCEEDINGS: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [134], and DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT [135]**

The Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.