1  GERARD FOX LAW P.C.
   Gerard P. Fox (SBN 151649)
2  Marina V. Bogorad (SBN 21754)
   mbogorad@gerardfoxlaw.com
3  Olga Viner (SBN 282423)
   1880 Century Park East, Suite 1410
4  Los Angeles, CA 90067
   Telephone: (310) 441-0500
5  Facsimile: (310) 441-4447

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SEAN HALL, *etc., et al.*,<br><br>   Plaintiffs,<br><br>   vs.<br><br>TAYLOR SWIFT, *etc., et al.*,<br><br>   Defendants. | Case No. 2:17−cv−06882 MWF (ASx)<br><br>STIPULATION TO ORDER DISMISSING ACTION WITH PREJUDICE<br><br>[*Proposed*] Order Submitted Herewith |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their respective attorneys of record, stipulate to the entry of the accompanying Order dismissing this action, in its entirety, with prejudice and with plaintiffs, on the one hand, and defendants, on the other hand, to bear their respective attorneys' fees and costs.

## SO STIPULATED

Dated: December 12, 2022

　　　　/s/ Gerard P. Fox　　　　
Gerard P. Fox, Esq.
GERARD FOX LAW P.C.
Attorneys for Plaintiffs

Dated: December 12, 2022

　　　　/s/ Peter Anderson　　　　
Peter Anderson, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

## Attestation Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: December 12, 2022

　　　　/s/ Gerard P. Fox　　　　
Gerard P. Fox, Esq.