1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SEAN HALL, *etc., et al.*, | ) Case No. 2:17−cv−06882 MWF (ASx) |
| Plaintiffs, | ) |
| vs. | ) [*PROPOSED*] ORDER DISMISSING |
| TAYLOR SWIFT, *etc., et al.*, | ) ACTION WITH PREJUDICE |
| Defendants. | ) |

**ORDER**

Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety and with prejudice, plaintiffs and defendants to bear their respective attorney's fees and costs.

Dated: _____

The Honorable Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE

1