JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEAN HALL, *etc., et al.*, | ) Case No. 2:17−cv−06882 MWF (ASx) |
| Plaintiffs, | ) ORDER DISMISSING ACTION WITH PREJUDICE |
| vs. | ) |
| TAYLOR SWIFT, *etc., et al.*, | ) |
| Defendants. | ) |

Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety and with prejudice, Plaintiffs and Defendants to bear their respective attorney's fees and costs.

Dated:  December 12, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge