Pro Se 11 (Rev. 12/16) Third–Party Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of CALIFORNIA

_____ Division

Sean Hall

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Taylor Swift

**Defendant, Third–party plaintiff(s)**
*(Write the full name of each defendant/third–party plaintiff. If the
names of all the defendants/third–party plaintiffs cannot fit in the
space above, please write "see attached" in the space and attach
an additional page with the full list of names.)*

-v-

Joeli Furst

**Third–party defendant(s)**
*(Write the full name of each third–party defendant. If the names
of all the third–party defendants cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:17-CV-06882
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

```
                FILED
     CLERK, U.S. DISTRICT COURT

         FEB 2 1 2023

CENTRAL DISTRICT OF CALIFORNIA
BY    smom              DEPUTY
```

## THIRD – PARTY COMPLAINT

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                   _____

Street Address                         _____

City and County                        _____

State and Zip Code                     _____

Telephone Number                       _____

E-mail Address  *(if known)*           _____

Pro Se 11 (Rev. 12/16) Third–Party Complaint

**B.     The Defendant(s)/Third–Party Plaintiff(s)**

Provide the information below for each defendant/third–party plaintiff named in the complaint. Attach
additional pages if needed.

Name            *Joel Furst  TAYLOR SWIFT*

Street Address  *153 Falls*

City and County

State and Zip Code  *N/N*

Telephone Number

E-mail Address

**C.     The Third–Party Defendant(s)**

Provide the information below for each third–party defendant named in the complaint, whether the
third–party defendant is an individual, a government agency, an organization, or a corporation. For an
individual third–party defendant, include the person's job or title *(if known)*. Attach additional pages if
needed.

Third–Party Defendant No. 1

Name            *Joel Furst*

Job or Title *(if known)*   *Friend Neighbor*

Street Address          Mr. Joel Furst

City and County         96 Myrtle Ave Apt 12

State and Zip Code      Stamford, CT 06902

Telephone Number    *563 602 9118*

E-mail Address *(if known)*   *FurstISS39MYYahoo.Com*

Third–Party Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 11 (Rev. 12/16) Third–Party Complaint

Third–Party Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Third–Party Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Initial Complaint

A.    Identify the initial complaint filed against you and the date it was filed.  Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought.  Attach the complaint as an exhibit.

*Just No chance Taylor Swift Knew of the Plaintiff's claim*

B.    State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted.  Attach the answer as an exhibit.

*Wrote Shake-it-off completely Wrote it, does The music to it*

## III.    Third–Party Complaint

A.    Describe the nature of the relationship between you and the third–party defendant.  Attach any contracts or documents showing the nature of the relationship.

Page 3 of 5

Pro Se 11 (Rev. 12/16) Third–Party Complaint

*I Know "The Girl" And This is A big lie, bad bullshit of her music, And possible her career*

B.   Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third–party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the third–party defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third–party defendant.

## IV.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   *Febuary 5, 2023*

Signature of Defendant/Third–Party Plaintiff   *Joel Sut*

Printed Name of Defendant/Third–Party Plaintiff   *Joel First*

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

