# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HALL, et al., <br><br> PLAINTIFF(S) <br> v. <br><br> TAYLOR SWIFT, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 17-6882-MWF(ASx) <br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
The case was closed on 12/12/2022 (see Docket No. 162).  Filer is not a party to this action.  No further filings from non-party Joel Furst will be entertained in this closed case.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Third-Party Complaint filed by Joel Furst (Docket No. 165) | 2/21/2023 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

February 23, 2023
Date

_Michael W. Fitzgerald_
United States District Judge